JS 44  (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Michael Jeffrey Marlin

## DEFENDANTS

Thor Motor Coach, Inc., a Foreign Profit Corporation, and
FCA US LLC,  a Foreign Limited Liability Company

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Elkhart
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Sara Douglass, Lemon Law Group Partners, PLLC
48 Emerson Ave, Suite 400, Greenwood IN
888-415-0610

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury  - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards | | ☐ 485 Telephone Consumer |
| ☒ 190 Other Contract | Product Liability | ☐ 380 Other Personal | Act | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 720 Labor/Management | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | | ☐ 751 Family and Medical | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC § 2301 et seq., by virtue of 15 USC § 2310(d)(1)(A

Brief description of cause:
Breach of Warranty, Breach of Magnuson Moss Warranty Act

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE
Apr 26, 2023

SIGNATURE OF ATTORNEY OF RECORD
/s/ Sara Douglass

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

### INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

| | |
|---|---|
| Michael Jeffrey Marlin, individual ⟩<br>⟩<br>⟩<br>⟩<br>_____ ⟩<br>*Plaintiff(s)* ⟩<br>v. ⟩<br>⟩<br>Thor Motor Coach, Inc., a Foreign Profit Corporation, ⟩<br>and ⟩<br>FCA US LLC, a Foreign Limited Liability Company ⟩<br>_____ ⟩<br>*Defendant(s)* ⟩ | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FCA US LLC, a Foreign Limited Liability Company
c/o registered agent:
CT Corporation System
334 North Senate Avenue
Indianapolis, Indiana 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Sara Douglass, Esq.
Lemon Law Group Partners PLC
48 North Emerson Avenue, Suite 400
Greenwood, Indiana 46143
Telephone No.: (888) 415-0610
Facsimile No.: (888) 809-7010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____04/26/2023_____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*

                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

| | |
|---|---|
| Michael Jeffrey Marlin, individual | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. |
| Thor Motor Coach, Inc., a Foreign Profit Corporation, and | ) |
| FCA US LLC, a Foreign Limited Liability Company | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Thor Motor Coach, Inc. is a foreign profit corporation
c/o registered agent:
CT Corporation System
334 North Senate Avenue
Indianapolis, Indiana 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Sara Douglass, Esq.
Lemon Law Group Partners PLC
48 North Emerson Avenue, Suite 400
Greenwood, Indiana 46143
Telephone No.: (888) 415-0610
Facsimile No.: (888) 809-7010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  _____04/26/2023_____          _____
                                          _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*

                                                   _____
                                                        *Printed name and title*


                                                   _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF INDIANA**

**SOUTH BEND DIVISION**

Michael Jeffrey Marlin, individual

      Plaintiff,

vs.

                                     Cause No.:

Thor Motor Coach, Inc.,
a Foreign Profit Corporation, and
FCA US LLC,
a Foreign Limited Liability Company

      Defendants.

_____

**JURY TRIAL DEMANDED**
**COMPLAINT AND JURY DEMAND**

NOW COMES Plaintiff, Michael Jeffrey Marlin, by and through his attorneys, Lemon Law Group Partners PLC, and submits the following as his Complaint against Defendants Thor Motor Coach, Inc. ("Defendant Thor" or "Defendant Motorhome Manufacturer") and FCA US LLC ("Defendant FCA" or "Defendant Chassis Manufacturer").

**PARTIES, JURISDICTION AND VENUE**

1. Plaintiff Michael Jeffrey Marlin is an individual residing at 8354 SE Sandy Lane, Hobe Sound, Florida 33455.

2. Defendant Thor Motor Coach, Inc. is a foreign profit corporation doing business throughout the State of Indiana. Thor Motor Coach, Inc. may be served through its registered agent, CT Corporation System, 334 North Senate Avenue, Indianapolis, Indiana 46204.

3. Defendant FCA US LLC is a foreign limited liability company doing business throughout the State of Indiana. FCA US LLC may be served through its registered agent, CT Corporation System, 334 North Senate Avenue, Indianapolis, Indiana 46204.

4. The transactions and occurrences involved in this action took place in the State of Indiana, County of Elkhart.

## COMMON AVERMENTS

5. On or about January 31, 2022, Plaintiff purchased a new 2022 Thor Rize camper van, VIN: 3C6LRVBG0ME552757 from an Authorized Dealership (the "Subject Vehicle"). Please see Exhibit A: Purchase Agreement.

6. At the time of purchase, the Vehicle was accompanied by Defendant Thor's written warranty which provides for a two (2) year limited basic warranty. The Subject Vehicle was also accompanied by Defendant FCA's written warranty which provides for a three (3) year/36,000 mile chassis warranty and five (5) year/60,000 mile powertrain warranty. (the "Warranties"). Warranties in their entirety are in Defendants' Possession.

7. The Subject Vehicle was purchased primarily for personal, family, and/or household purposes.

8. Defendants' warranties covered any repairs or replacements needed during the warranty period and/or due to defects in factory materials or workmanship.

9. In fact, when delivered, the Subject Vehicle was defective in materials and workmanship, such defects being discovered within the warranty periods and repairs were attempted.

10. Shortly after purchase, Plaintiff noticed defects in the Vehicle including but not limited to power steering leak, water leak coming from ceiling vent in kitchen, all lights illuminating, backup camera inoperable despite numerous repair attempts, front screen

went off, tire pressure sensors show wrong pressures, radio inoperable, mileage flashing, bike rack locking mechanism broken, computer wire hanging down, tire pressure monitoring system defects despite numerous repair attempts, electrical computer defects, daytime running lights will not shut off, air conditioner does not blow cold air, heat in driving area inoperable, water damage in vehicle, sliding glass window not working, water damage in electrical systems, stereo volume control defects, and vehicle will not start.  Plaintiff returned the Vehicle to Authorized Dealerships for repair on at least 6 (six) occasions.  Please see Exhibit B:  Repair Orders.

11. Subject Vehicle has been out-of-service for at least 28 (twenty-eight) total days for the aforementioned repairs. Please see Exhibit B.

12. Despite the prolonged time during which the Subject Vehicle has been out-of-service, Defendants have failed to repair the Subject Vehicle so as to bring it into conformity with the warranties set forth herein.

13. The defects experienced by Plaintiff with the Subject Vehicle substantially impaired its use, value, and safety to the Plaintiff, and have shaken the Plaintiff's faith in the Vehicle to operate as dependable transportation.

14. Despite Plaintiff's repeated efforts to allow Defendants the opportunity to conform the Subject Vehicle, many nonconforming and defective conditions were not repaired, and still exist.

15. The Vehicle still has issues including water damage and Tire Pressure Monitoring System defects.

16. Plaintiff directly notified Defendants of the defective conditions of the Vehicle on numerous occasions and that he desired a buy-back of the Subject Vehicle, wherein

3

Defendants failed and refused to buy back Plaintiff's defective Vehicle and to reimburse Plaintiff pursuant to his rights under State and Federal Laws. Please see Exhibit C: Written Notification, and Exhibit D: Return Receipt.

17. This cause of action arises out of the Defendants' Breach of Warranty and violation of the Federal Magnuson-Moss Warranty Act as set forth in this Complaint.

18. Plaintiff seeks judgment against Defendants in whatever amount Plaintiff is entitled to, including equitable relief and consequential damages, along with the costs and expenses of this action.

19. There is no other pending or resolved civil action arising out of the same transaction or occurrence alleged in this Complaint.

## COUNT I
## BREACH OF FACTORY WARRANTY

20. Plaintiff fully repeats and incorporates Paragraphs 1 through 19, as set forth above.

21. Defendant Thor extended to Plaintiff a two (2) year limited basic warranty. Defendant FCA extended to Plaintiff a three (3) year/36,000 mile chassis warranty and five (5) year/60,000 mile powertrain warranty (the "Warranties").

22. Plaintiff, seeking to repair the Subject Vehicle, attempted to exercise Plaintiff's rights under the Warranties.

23. Defendants have failed to honor the terms of the Warranties.

24. Defendants have failed or refused to repair the issues which include water damage and Tire Pressure Monitoring System defects.

25. As a result of the actions set forth above, Defendants have breached its warranty.

26. As a result of Defendants' breach of warranty, Plaintiff has suffered and will continue to suffer significant monetary and consequential damages.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter Judgment in favor of Plaintiff and against Defendants in an amount to be proven at trial, including all consequential damages, incidental damages, equitable remedies, costs, interest, and attorney fees.

## COUNT II
## BREACH OF MAGNUSON-MOSS WARRANTY ACT

27. Plaintiff fully repeats and incorporates Paragraphs 1 through 26, as set forth above.

28. This Court has jurisdiction to decide claims brought under 15 USC § 2301 et seq., by virtue of 15 USC § 2310(d)(1)(A).

29. Plaintiff is a "consumer" as defined by 15 USC § 2301(3).

30. Defendants are "supplier"s and "warrantor"s as defined by 15 USC § 2301(4)(5).

31. The Subject Vehicle is a "consumer product" as defined by 15 USC § 2301(6).

32. 15 USC § 2310(d)(1)(A), requires Defendants, as warrantors, to remedy any defects, malfunction or non-conformance of the Subject Vehicle within a reasonable time and without charge to Plaintiff, as defined in 15 USC § 2304(d).

33. The actions of Defendants as hereinabove described, in failing to tender the Subject Vehicle to Plaintiff free of defects and refusing to repair or replace the defective Vehicle tendered to Plaintiff, constitute a breach of the written warranties covering the Subject Vehicle; and thus, constitute a violation of the Magnuson-Moss Warranty Act.

34. Despite repeated demands and despite the fact that the Plaintiff has complied with all reasonable terms and conditions imposed upon him by Defendants, Defendants have failed and refused to cure any defects and non-conformity with the Subject Vehicle.

35. As a result of Defendants' breach of factory warranty as set forth above, and Defendants' failure to honor their obligations under their warranties, Plaintiff has, and will continue to, suffer damages as enumerated above.

36. Defendants had a reasonable opportunity to remedy the defects in the Vehicle but have failed to do so, thereby entitling Plaintiff to a refund of the purchase price pursuant to the Magnuson-Moss Warranty Act.

37. Pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2310(d)(2), Plaintiff is entitled to recover as part of the judgment, costs and expenses of the suit including attorney's fees based on actual time expended.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment as follows:

(1)     For actual damages according to proof at trial;

(2)     For a refund of the purchase price of Subject Vehicle;

(3)     For Defendants to accept return of Subject Vehicle;

(4)     For attorney's fees and costs of suit incurred herein;

(5)     For such other and further relief as the court deems just and proper under the circumstances;

(6)     That all issues be tried before a jury.

Dated: April 26, 2023

Respectfully submitted,

LEMON LAW GROUP PARTNERS PLC

By:    /s/ Sara Douglass_____
         Sara Douglass, Esq.
         Lemon Law Group Partners PLC

48 North Emerson Avenue, Suite 400
Greenwood, Indiana 46143
Telephone No.: (888) 415-0610
Facsimile No.: (888) 809-7010
sarab@lemonlawgrouppartners.com

# EXHIBIT A

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

| Buyer Name and Address | Co-Buyer Name and Address | Seller-Creditor (Name and Address) |
|---|---|---|
| | N/A | |
| | FL | |
| Buyer's Birth Month: JUNE | Co-Buyer's Birth Month: N/A | |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller-Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis at the Base Rate of _____ % per year. The Truth-In-Lending Disclosures below are part of this contract.
You have thoroughly inspected, accepted, and approved the vehicle in all respects.

| New/Used/ Demo | Year | Make and Model | Weight (lbs.) | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 1922 | CIVR MOTO SLTE (SP) | 2050 | JC8LPXBL3MEF83787 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ N/A |

You agree that we advised you whether, based on seller's knowledge, the vehicle was titled, registered, or used as a taxicab, police vehicle, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 13000.00 is $ 130807.00 |
|---|---|---|---|---|
| 5.49 % | $ 40194.47 | $ 78363.38 | $ 118557.83 | |

(e) means an estimate

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 155 | 614.21 | Monthly beginning 03/12/2022 |
| N/A | N/A | N/A |

Or As Follows: N/A

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of __5__ % of each installment.
**Prepayment.** If you pay early, you may have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, prepayment penalties, any required repayment in full before the scheduled date and security interest.

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below. Your choice of insurance providers will not affect our decision to sell you the vehicle or extend credit to you.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
### Optional Credit Insurance
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
Term N/A
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Term N/A
Premium:
   Credit Life $ _____ N/A
   Credit Disability $ _____ N/A
Insurance Company Name _____ N/A
Home Office Address _____ N/A
_____ N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 5A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments.

If the box above is checked to indicate that you want credit life insurance, please read and sign the following acknowledgments: 1. You understand that you have the option of assigning any other policy or policies you own or may procure for the purpose of covering this extension of credit and that the policy need not be purchased from us in order to obtain the extension of credit.

X _____ N/A _____ N/A
Buyer           Date
X _____ N/A _____ N/A
Co-Buyer         Date
2. You understand that the credit life coverage may be deferred if, at the time of application, you are unable to engage in employment or unable to perform normal activities of a person of like age and sex. (You need not sign this acknowledgement if the proposed credit life insurance policy does not contain this restriction.)

X _____ N/A _____ N/A
Buyer           Date
X
Co-Buyer         Date

## ITEMIZATION OF AMOUNT FINANCED

1 Cash Price (including $ 4600.33 sales tax) $ _____ (1)
2 Total Downpayment =
   Gross Trade-In Allowance $ _____ N/A
   Less Pay Off Made By Seller (e) $ _____ N/A
   Equals Net Trade In $ _____ N/A
   + Cash $ _____ 13000.00
   + Other N/A $ _____ N/A
   + Other N/A $ _____ N/A
   (If total downpayment is negative, enter "0" and see 5J below) $ _____ (2)
3 Unpaid Balance of Cash Price (1 minus 2) $ _____ (3)
4 Predelivery Service Fees (If not included in Cash Price)
   A Predelivery Service Charge $ _____ N/A
   B Electronic Registration Filing Fee $ _____ 95.00
   C N/A $ _____ N/A
These charges represent costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.
   Total Predelivery Service Fees $ _____ 95.00 (4)
5 Other Charges Including Amounts Paid to Others on Your Behalf
(Seller may keep part of these amounts):
   A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.

for Prior Credit or Lease Balance (e)

| | | | |
|---|---|---|---|
| to ___ | for ___ | $ ___ | N/A |
| to ___ | for ___ | $ ___ | N/A |
| to ___ | for ___ | $ ___ | N/A |
| to ___ | for ___ | $ ___ | N/A |
| to ___ | for ___ | $ ___ | N/A |
| to ___ | for ___ | $ ___ | N/A |

| | | |
|---|---|---|
| Total Other Charges and Amounts Paid to Others on Your Behalf | $ ___ | (5) |
| 6  Loan Processing Fee Paid to Seller (Prepaid Finance Charge) | $ ___ | (6) |
| 7  Amount Financed (3 plus 4 plus 5) | $ ___ | (7) |

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before _____, Year ___ . SELLER'S INITIALS ___

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 5D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ___ Mos: ___

I want to buy a gap contract.                    Name of Gap Contract ___

Buyer Signs X ___

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is $ ___** and is also shown in Item 5B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

You authorize us to purchase Vendor's or Lender's Single Interest Insurance.

Buyer Signs X ___    Co-Buyer Signs X ___    Date: ___

| Trade-In Vehicle | Trade-In Vehicle |
|---|---|
| Year ___ Make ___ | Year ___ Make ___ |
| Model ___ | Model ___ |
| VIN ___ | VIN ___ |
| Gross Trade-In Allowance $ ___ | Gross Trade-In Allowance $ ___ |
| Payoff Made by Seller $ ___ (e) | Payoff Made by Seller $ ___ (e) |
| Lienholder ___ | Lienholder ___ |

**You assign to Seller all of your rights, title and interest in such trade-in vehicle(s). Except as expressly stated to Seller in writing, you represent that your trade-in vehicle(s) has not been involved in an accident, has not had any major body damage or required any major engine repair, and was not previously used as a taxicab, police vehicle, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.**

Buyer Initials ___    Co-Buyer Initials ___

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the trade-in payoff amount shown above and in Item 2 of the Itemization of Amount Financed as the Pay Off Made by Seller. You understand that the amount quoted is an estimate.
Seller agrees to pay the payoff amount shown above and in Item 2 to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown above and in Item 2 you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown above and in Item 2 Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Pay Off Made by Seller shown above and in Item 2 or any refund.

Buyer Signature X ___    Co-Buyer Signature X ___

**JURY TRIAL WAIVER. By entering this contract, you agree to waive your right to trial by jury.**

Buyer Signature X ___    Co-Buyer Signature X ___

**SELLER'S RIGHT TO CANCEL** - If Buyer and Co-buyer sign here, the provisions of the Seller's Right to Cancel section on the back, which gives the Seller the right to cancel if Seller is unable to assign this contract within _____ days, will apply. If you fail to return the vehicle within 48 hours after receipt of the notice of cancellation, you agree to pay Seller a charge of $ ___ N/A per day from the date of cancellation until the vehicle is returned or repossessed.

X ___                    X ___
**Buyer Signs**              **Co-Buyer Signs**

---

**Type of Insurance** ___    **Term** ___

Premium $ ___

Ins. Co. Name & Address ___

☐ **Type of Insurance** ___    **Term** ___

Premium $ ___

Ins. Co. Name & Address ___

**Type of Insurance** ___    **Term** ___

Premium $ ___

Ins. Co. Name & Address ___

**Type of Insurance** ___    **Term** ___

Premium $ ___

Ins. Co. Name & Address ___

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra charge.

I want the insurance checked above:

X ___
Buyer Signature ___    Date ___

X ___
Co-Buyer Signature ___    Date ___

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT.**

**Returned Payment Charge:** If any check or other payment instrument you give us is dishonored or any electronic payment you make is returned unpaid, you will pay a charge of $25 if the payment amount is $50 or less; $30 if the payment amount is over $50 but not more than $300; $40 if the payment amount is over $300; or such amount as permitted by law.

Florida documentary stamp tax required by law in the amount of $ ___ has been paid or will be paid directly to the Department of Revenue.

Certificate of Registration No. ___

You assign all manufacturer rebates and cash back incentives used as a downpayment on this contract to seller. You agree to complete all documents required for assignment of rebates and incentives.

---

## NO COOLING OFF PERIOD

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract,**

insurance is $ _____ and is also shown in Item 5B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

You authorize us to purchase Vendor's or Lender's Single Interest Insurance.

Buyer Signs X _____ Co-Buyer Signs X _____ Date: _____

I want the insurance checked above.

X _____
Co-Buyer Signature _____ Date

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT.**

| Trade-In Vehicle | Trade-In Vehicle |
|---|---|
| Year _____ Make _____ | Year _____ Make _____ |
| Model _____ | Model _____ |
| VIN _____ | VIN _____ |
| Gross Trade-In Allowance $ _____ | Gross Trade-In Allowance $ _____ |
| Payoff Made by Seller $ _____ (e) | Payoff Made by Seller $ _____ (e) |
| Lienholder _____ | Lienholder _____ |

**You assign to Seller all of your rights, title and interest in such trade-in vehicle(s). Except as expressly stated to Seller in writing, you represent that your trade-in vehicle(s) has not been involved in an accident, has not had any major body damage or required any major engine repair, and was not previously used as a taxicab, police vehicle, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.**

Buyer Initials _____ Co-Buyer Initials _____

Trade-In Payoff Agreement: Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the trade-in payoff amount shown above and in Item 2 of the Itemization of Amount Financed as the Pay Off Made by Seller. You understand that the amount quoted is an estimate.

Seller agrees to pay the payoff shown above and in Item 2 to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown above and in Item 2 you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown above and in Item 2 Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Pay Off Made by Seller shown above and in Item 2 or any refund.

Buyer Signature X _____ Co-Buyer Signature X _____

**Returned Payment Charge:** If any check or other payment instrument you give us is dishonored or any electronic payment you make is returned unpaid, you will pay a charge of $25 if the payment amount is $50 or less; $30 if the payment amount is over $50 but not more than $300; $40 if the payment amount is over $300; or such amount as permitted by law.

Florida documentary stamp tax required by law in the amount of $ _____ has been paid or will be paid directly to the Department of Revenue.

Certificate of Registration No. _____

You assign all manufacturer rebates and cash back incentives used as a downpayment on this contract to seller. You agree to complete all documents required for assignment of rebates and incentives.

**JURY TRIAL WAIVER. By entering this contract, you agree to waive your right to trial by jury.**

Buyer Signature X _____ Co-Buyer Signature X _____

**SELLER'S RIGHT TO CANCEL -** If Buyer and Co-buyer sign here, the provisions of the Seller's Right to Cancel section on the back, which gives the Seller the right to cancel if Seller is unable to assign this contract within _____ days, will apply. If you fail to return the vehicle within 48 hours after receipt of the notice of cancellation, you agree to pay Seller a charge of $ _____ per day from the date of cancellation until the vehicle is returned or repossessed.

X _____
Buyer Signs

X _____
Co-Buyer Signs

## NO COOLING OFF PERIOD

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See back for other important agreements.

NOTICE TO THE BUYER: a) **Do not sign this contract before you read it or if it contains any blank spaces.** b) **You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X _____ Date _____ Co-Buyer Signs X _____ Date _____

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name _____ Title _____ N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____ Address _____

Seller Signs _____ Date _____ By X _____ Title _____

| Seller assigns its interest in this contract to _____ | (Assignee) under the terms of Seller's agreement(s) with Assignee. |
|---|---|
| ☐ Assigned with recourse | ☐ Assigned without recourse | ☐ Assigned with limited recourse |

Seller _____ By _____ Title _____

**ILAW** FORM NO. 553-FL (REV. 9/19)
©2019 The Reynolds and Reynolds Company TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055

# RETAIL ORDER FOR A MOTOR VEHICLE

DEAL # 25107                                                                01/31/2022
                                                                              DATE

**TO**  LA MESA RV CENTER, INC. (FLORIDA)          MICHAEL JEFFREY HARLIN
        DEALER'S NAME                                PURCHASER'S NAME

8650 LTC PARKWAY                                    8354 SE SANDY LN
STREET ADDRESS                                       STREET ADDRESS

PORT ST. LUCIE FL 34986                             HOBE SOUND FL 33455
CITY              STATE                             CITY          STATE      ZIP

DONALD M DZIATKIEWICZ                               (561)786-2826
SALESPERSON                                         RES. PHONE        BUS. PHONE

PLEASE ENTER MY ORDER FOR THE FOLLOWING  ☐ NEW  ☑ USED  ☐ _____

YEAR 2022  MAKE THOR MOTOR COACH  MODEL OR SERIES RIZE 18M  BODY TYPE MHB RIZE  COLOR _____  TRIM FL TITLE

VIN 9GGLRV8Q0MESS2757  STOCK NO. PT166814  TO BE DELIVERED ON OR ABOUT 01/26/2022

| | | |
|---|---|---|
| CASH DELIVERED PRICE OF VEHICLE | $ | 74999.00 |
| DEALER SERVICES FEE | | 995.00 |

| USED VEHICLE TRADE-IN AND/OR OTHER CREDITS | | |
|---|---|---|
| MAKE OF TRADE-IN | | |

| | | |
|---|---|---|
| ACCESSORIES | $ | |
| EXTENDED WARRANTY | | 6385.00 |
| PORTFOLIO / MAC | | 620.00 |
| INT. & EXT. | | 0.00 |

| | | |
|---|---|---|
| YEAR      MODEL | | BODY |
| VIN | | |
| BALANCE OWED TO | | |
| ADDRESS | | |
| USED TRADE-IN ALLOWANCE | $ | N/A |
| BALANCE OWED ON TRADE-IN | | N/A |
| NET ALLOWANCE ON USED TRADE-IN | $ | N/A |
| DEPOSIT OR CREDIT BALANCE | | 20000.00 |
| DOWN PAYMENT (Trans. to Left Col.) | $ | 20000.00 |

REMARKS

| | | |
|---|---|---|
| CASH SALE PRICE OF DESCRIBED MOTOR VEHICLE | $ | 82999.00 |
| STATE AND LOCAL TAXES 6.50% | | 5039.91 |
| LICENSE, LICENSE TRANSFER, TITLE, REGISTRATION FEE | | 425.00 |
| CVR   ELEC FILE FEE | | 95.00 |
| GAP | | 1499.00 |
| DOC STAMPS | | 240.40 |
| 1. TOTAL PRICE OF UNIT | $ | 90297.31 |
| 2. DOWN PAYMENT: consisting of $ ____20000.00____ in cash and/or $ ____N/A____ net trade-in allowance on trade-in; see statement in right hand column for details. | $ | 20000.00 |
| 3. UNPAID CASH BALANCE DUE ON DELIVERY (difference between Items 1 and 2) | $ | 70297.31 |

**Attention Used Car Buyers:** If you are buying a used vehicle with this contract, federal regulations may require a special buyers guide to be displayed on the window of the vehicle. THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALER'S, AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. UNLESS DEALER FURNISHES BUYER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY DEALER ON ITS OWN BEHALF, DEALER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE: (A) ON ALL GOODS AND SERVICES SOLD BY DEALER, AND (B) ON ALL USED VEHICLES WHICH ARE HEREBY SOLD "AS IS - NOT EXPRESSLY WARRANTED OR GUARANTEED".

The front and back of this Order comprise the entire agreement affecting this purchase and no other agreement or understanding of any nature concerning same has been made or entered into, or will be recognized. I hereby certify that no credit has been extended to me for the purchase of this motor vehicle except as appears in writing on the face of this agreement. I have read the matter printed on the back hereof and agree to it as a part of this order the same as if it were printed above my signature. I certify that I am of legal age, and hereby acknowledge receipt of a copy of this order.

PURCHASER'S SIGNATURE          01/31/2022          ACCEPTED BY: _____
                                DATE               DEALER OR AUTHORIZED REPRESENTATIVE

The Reynolds and Reynolds Company  CC689428 Q (10/16)

# EXHIBIT B



**Made to fit.**

# WARRANTY GUIDE

Dealer to review this guide with the purchaser(s), and return the completed Thor Motor Coach Product Warranty Registration Form to Thor Motor Coach within 15 days of vehicle delivery.

THOR MOTOR COACH 

# TABLE OF CONTENTS

Thor Motor Coach's Commitment.................................................................................. 3

Owner Assistance........................................................................................................... 3

Customer Satisfaction Process...................................................................................... 3

Chassis Manufacturer Delayed Warranty Registration ................................................ 4

Component Parts Warranty Registration ...................................................................... 4

Change of Address or Ownership.................................................................................. 5

Thor Motor Coach Limited Warranty ............................................................................ 6

**TMC Product Warranty Registration Form (return to TMC within 15 Days) ................... A**

Thor Motor Coach Structural Limited Warranty........................................................... 11

Component Supplier Contact List.................................................................................. 14

Travel Diary and  Maintenance Log............................................................................... 19

---

**IMPORTANT!** This Warranty Guide contains important information about your vehicle's warranty coverage. It also explains Change of Address notification, Change of Ownership notification, and contains individual component manufacturer contact information. Keep this Warranty Guide and your TMC Owner's Manual with your vehicle, and make them available to your dealership or repair shop if warranty work is needed. Be sure to keep them with your vehicle if you sell it so future owners will have this information.

| |
|---|
| Owner's Name: |
| Phone Number: |
| Address: |
| City, State, ZIP code: |
| Chassis Vehicle Identification Number (VIN): |
| Thor Motor Coach Serial Number: |
| Date Vehicle First Delivered or Put In Use: |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: |
| Selling Dealership Name: |
| Selling Dealership Phone Number: |

1

Information is included in this Warranty Guide for individual component manufacturers, including manufacturers whose component parts are optional on some vehicles or may not be available on your particular model. The inclusion of this information does not indicate or imply that the component(s) or option(s) were at any time available, or can be retrofitted to your vehicle, and is subject to change. If you, the purchaser, have any questions or concerns regarding this Warranty Guide, or information contained in the various individual component manufacturer's instructions (or you feel individual component manufacturer instructions may be missing) please contact your selling dealership, or call Thor Motor Coach Customer Care at (877) 855-2867 (EST-Indiana), for assistance.

Copyright Thor Motor Coach, Inc. © 11/2017

2



## THOR MOTOR COACH'S COMMITMENT

Thor Motor Coach (TMC) is committed to ensuring an excellent ownership experience with your new motorhome. Your selling dealership also wants you to be completely satisfied, and invites you to return for all your service needs, both during and after the warranty period.

We thank you for choosing Thor Motor Coach.

## OWNER ASSISTANCE

The selling dealership is best equipped to provide your vehicle's service needs. Should you encounter a problem that is not resolved during or after the Thor Motor Coach Limited Warranty period or Thor Motor Coach Structural Limited Warranty period, talk to a member of dealer management. Under certain circumstances, TMC, an individual component part supplier, and/or your selling dealership may provide assistance after the applicable limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis.

## CUSTOMER SATISFACTION PROCESS

Your satisfaction and goodwill are important to your selling dealership, and to TMC. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your selling dealership's sales or service departments. However, sometimes despite the best intentions, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE**    Discuss your concern with a member of dealership management.

**STEP TWO**    If, after contacting a member of dealership management, it appears your concern cannot be resolved by the dealer without further help contact the Thor Motor Coach Customer Care Center by calling our toll free number:

### (877) 855-2867 (EST-Indiana)

A TMC Customer Care Representative will carefully review all the facts involved and let you know what further action will be taken in conjunction with the selling dealership or authorized repair center. Please have the following information available:

- Your name, location, and telephone number
- Your motorhome's 17-digit chassis vehicle identification number (VIN) and TMC serial number
- Date of purchase
- Current odometer reading
- Name of the selling dealership
- Name, address, and phone number of the dealership or repair shop servicing your motorhome
- Details of the concern
- If applicable, the component appliance description (including model and serial numbers)\

**STEP THREE**    Both TMC and your selling dealership are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, and if you do not agree with the decision in your case, you may reject it and proceed with any other venue for relief available to you.

## CHASSIS MANUFACTURER DELAYED WARRANTY REGISTRATION

**IMPORTANT!** It is the selling dealership's responsibility to register the chassis with the appropriate chassis manufacturer. To help improve overall customer satisfaction, it is critical these forms are completed once the retail sale is made.

Failure to submit the form to the chassis manufacturer at the time of delivery will reduce warranty coverage to the purchaser by the time and mileage that has accumulated since the chassis was delivered to TMC. In addition, the National Highway Transportation Safety Administration (NHTSA) requires all vehicles to be registered with the final stage manufacturer as well as the chassis manufacturer.

**FORD**
The dealership must register and request a Delayed Warranty Start Date and/or In-Transit Mileage Accumulation warranty coverage extension online from Ford Customer Service at www.fordwsd.com.

**FREIGHTLINER**
The dealership must submit a completed paper copy Warranty Start Form (WAR275) Guide by email to warrantyDEP@daimler.com to Freightliner Custom Chassis. Call Freightliner Customer Support Center at (800) 385-4357 for assistance with completing this form.

**CHEVROLET**
The dealership must submit a completed paper copy Delayed Warranty Dealer Form to General Motors (GM) Fleet by email to delayedwarrantystart@gm.com (contact TMC Customer Care at (877) 855-2867 (EST-Indiana) for the BAC code). Follow the Delayed Warranty process at www.gmfleet.com/resources-nav/delayed-warranty.html and contact GM's Fleet Action Center at (800) 353-3867, prompt #4, for further assistance.

**SPRINTER**
USA dealers: Follow the online process under the "Resources" section at www.upfitterportal.com/en-us (contact TMC Customer Care at (877) 855-2867 (EST-Indiana) for the Upfitter Token).

Canadian dealers: Submit a completed paper copy Delayed Warranty Form to Daimler (Mercedes-Benz) by email to warrantyregistration@mercedes-benz.ca, following the process listed at www.upfitterportal.com/en-ca/resources/delayed-warranty-form or at www.upfitterportal.com/fr-ca/resources/delayed-warranty-form.

## COMPONENT PART WARRANTY REGISTRATION

Your motorhome has features and accessories that have existing printed material provided by the various individual component part manufacturers (e.g., warranty cards or registrations, operation and/or maintenance instructions, etc.). This information is compiled in a package referenced throughout this Warranty Guide and your TMC Owner's Manual as an "Owner's Packet".

Your selling dealership can assist you in completing applicable individual component part manufacturer warranty cards or registrations, and locating required component model or serial numbers. Familiarize yourself with the applicable component part warranties located in your Owner's Packet. You are responsible for ensuring the procedures for obtaining warranty repairs are followed properly.

Your selling dealership is responsible for servicing your motorhome before delivery, and has an interest in your continued satisfaction. We recommend your selling dealership perform all inspection, warranty and maintenance services. Some dealerships may be authorized service centers for those individual component part manufacturers whose products are warranted separately and excluded from Thor Motor Coach Limited Warranty.



## CHANGE OF ADDRESS OR OWNERSHIP

The "National Traffic and Motor Vehicle Safety Act of 1966" requires manufacturers to be able to contact vehicle owners when a correction of a safety-related defect or noncompliance issue with an applicable federal motor vehicle safety standard becomes necessary.

To enable TMC to contact you (the current purchaser) with important vehicle product and safety updates, including vehicles with expired warranty coverage, please update your vehicle-related or ownership information by contacting TMC Customer Care in writing, either by faxing (574) 294-3816 (attention: Registrations), or by emailing registrations@tmcrv.com. Include the following:

- Your legal name
- Your current mailing address (include your prior mailing address for change of address notifications)
- Your telephone number
- Your email address
- Your vehicle's 17-digit chassis vehicle identification number (VIN)
- Your TMC serial number
- Legal proof of purchase (e.g., a legible copy of your bill of sale or insurance card)
- Current motorhome odometer reading

This page is intentionally blank.

# THOR MOTOR COACH LIMITED WARRANTY

## THIS LIMITED WARRANTY COVERS

   i.  **ONLY** the first retail owner and any second retail owner of the **NEW** motorhome;

   ii.  **ONLY** those portions of a **NEW** motorhome not excluded under the section "What is Not Covered," when sold by an authorized dealership and used for its intended purpose of recreational travel and camping; and,

   iii.  **ONLY** defects in workmanship performed and/or materials used to assemble those portions of your motorhome not excluded under the section "What is Not Covered." "Defect" means the failure of the workmanship performed and/or materials used to conform with the design and manufacturing specification and tolerances of Thor Motor Coach ("TMC").

> This Limited Warranty is not transferable beyond the second retail owner. The second retail owner's warranty coverage period shall be the unexpired balance of the warranty coverage period the first retail owner received. The second retail owner should complete and submit a **Thor Motor Coach Product Warranty Registration Form**, which can be found in this Warranty Guide.

## LIMITATION AND DISCLAIMER OF IMPLIED WARRANTIES

**UNLESS PROHIBITED BY LAW, THE DURATION OF ANY IMPLIED WARRANTY OF MERCHANTABILITY, WHICH ARISES BY OPERATION OF STATE LAW, IS LIMITED:**

   i.  **TO THE DURATION OF THE LIMITED WARRANTY,**

   ii.  **IN SCOPE OF COVERAGE TO THOSE PORTIONS OF YOUR MOTORHOME COVERED BY THIS LIMITED WARRANTY,**

   iii.  **TO DEFECTS EXISTING AT THE TIME OF SALE THAT SURFACED WITHIN THE DURATION OF THE IMPLIED WARRANTY OF MERCHANTABILITY; AND**

   iv.  **TO DEFECTS THAT WERE DISCOVERED AND REPORTED WITHIN THE DURATION OF THE IMPLIED WARRANTY OR MERCHANTABILITY.**

**THERE ARE NO EXPRESS WARRANTIES OR ANY IMPLIED WARRANTIES OF MERCHANTABILITY ON THOSE PORTIONS OF THE MOTORHOME EXCLUDED FROM COVERAGE. NOT WITHSTANDING THE ABOVE PROVISIONS, TMC EXPRESSLY DISCLAIMS AND EXCLUDES ANY AND ALL IMPLIED WARRANTIES AND CONDITIONS, STATUTORY OR OTHERWISE, WHERE THE MOTORHOME IS SOLD IN CANADA.**

There is no warranty of any nature made by TMC beyond that contained in this Limited Warranty. No person has authority to enlarge, amend or modify this Limited Warranty. The dealer is **NOT** TMC's agent. TMC is not responsible for any undertaking, representation or warranty made by any dealer or others beyond those expressly set forth within this Limited Warranty.

> Some states and provinces do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

## DISCLAIMER OF CONSEQUENTIAL AND INCIDENTAL DAMAGES

**YOU, AS THE FIRST RETAIL BUYER OF THE MOTORHOME, AND ANY PERSON WHO IS AN INTENDED OR UNINTENDED USER OR BENEFICIARY OF THE MOTORHOME, SHALL NOT BE ENTITLED TO RECOVER FROM TMC ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES RESULTING FROM ANY DEFECT IN THE MOTORHOME, INCLUDING FUEL AND TRANSPORTATION EXPENSES TO DELIVER THE PRODUCT TO THE SERVICING DEALER, HOTEL ROOMS, LOST WAGES, AND MOISTURE DAMAGE SUCH AS MOLD AND MILDEW, AS WELL AS RUST AND CORROSION. THE EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES SHALL NOT BE DEPENDENT UPON WARRANTY REPAIRS SUCCESSFULLY CURING ANY DEFECT; THE EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES SHALL SURVIVE ANY FAILURE OF THE LIMITED WARRANTY REMEDIES FULFILLING THEIR PURPOSE.**

> Some states do not allow the exclusion or limitation of consequential or incidental damages, so the above exclusions may not apply to you.

PAGE 1 OF 4, REV. DATE 11/01/17

# THOR MOTOR COACH LIMITED WARRANTY

## WHAT IS NOT COVERED

- Any motorhome used for rental purposes or sold or registered outside of the United States or Canada;
- Any motorhome not used solely for recreational travel and camping;
- Accessories and equipment added or changed after the motorhome leaves the factory;
- Accessories and equipment that are working as designed, but which you are unhappy with the design;
- Normal wear and usage, such as fading or discoloration of fabrics, or damage caused by condensation;
- Defacing, scratching, dents and chips on any surface or fabric;
- Owner maintenance, including replacement of wiper blades, bulbs, filters, wheel alignments and resealing exterior sealant areas (see "Care and Maintenance" section of the Owner's Manual);
- The leveling jacks, the automotive chassis and power train, including, by way of example the engine, drive-train, steering, ride and handling, braking, wheel balance, muffler, tire wear or failure, tubes, batteries and gauges;
- Appliances and components covered by their own manufacturer's warranty including the microwave, refrigerator, ice maker, stove, oven, generator, roof air conditioners, DVD players, televisions, water heater, furnace, stereo, radio, compact disc player, washer, dryer, and inverter;
- Rust and corrosion; Or flaking, peeling and chips or other defects or damage in or to the exterior or finish caused by rocks or other road hazards, the environment, including chemical off-gassing, airborne pollutants, salt, tree sap and hail causing any damage including but not limited to rust and corrosion.

Component part and appliance manufacturers issue limited warranties covering those portions of the motorhome not covered by the Limited Warranty issued by TMC. To learn more on what specific components and appliances are not covered by this Limited Warranty, please contact TMC directly or review the Owner's Packet inside your motorhome.

## COVERAGE ENDS

Twelve (12) months after the first retail owner takes delivery of the motorhome from an authorized dealership OR after the odometer reaches 15,000 miles, whichever occurs first. **ANY ACTION FOR BREACH OF THIS TWELVE (12) MONTH OR 15,000 MILE LIMITED WARRANTY OR ANY IMPLIED WARRANTIES OR FOR REVOCATION OF ACCEPTANCE MUST BE COMMENCED NOT MORE THAN FIFTEEN (15) MONTHS AFTER THE BREACH.**

If the motorhome is used for full time recreational travel and camping or as a residence **OR** is not of the current or prior model year when the first retail owner takes delivery of the motorhome **OR** was purchased, titled, or registered in a business name or used for any commercial or business purposes other than for rental purposes, the Limited Warranty ends ninety (90) days after the first retail owner takes delivery of the motorhome **OR** after the odometer reaches 5,000 miles, whichever occurs first. If the motorhome has been purchased, titled, or registered in a business name or used for any commercial or business purpose, TMC disclaims any implied warranty of merchantability that may arise by operation of law. If the retail owner(s) has filed a federal, state or provincial tax form claiming any business tax benefit related to the motorhome, it will be conclusively presumed that the motorhome was used for commercial and/or business purposes. **ANY ACTION FOR BREACH OF THIS NINETY (90) DAY LIMITED WARRANTY OR ANY IMPLIED WARRANTIES OR FOR REVOCATION OF ACCEPTANCE MUST BE COMMENCED NOT MORE THAN FIFTEEN (15) MONTHS AFTER THE BREACH.**

Unless prohibited by state or provincial law, repairs will not extend the time when you must commence a breach of warranty claim and shall not extend the warranty coverage period. Some states and provinces do not allow the reduction of the time when a breach of warranty claim must be commenced, so the reduction in time when a breach of warranty claim must be commenced may not apply to you.

Any performance of repairs after the warranty coverage ends **OR** any performance of repairs to those portions of your motorhome excluded from coverage shall be considered "goodwill" repairs. Warranty repairs should be expected. TMC may use new and/or remanufactured parts and/or components of substantially equal quality to complete a repair.

USDC IN/ND case 3:23-cv-00335-CCB-MGG document 1 filed 04/26/23 page 40 of 63

## COVERAGE ENDS, CONTINUED

Warranty repairs, addressing defects with and/or damage to interior or exterior surfaces, trim, upholstery or other appearance items, may have been performed at the factory during assembly **OR** at the selling dealership after delivery of the motorhome to your selling dealer. Normally, any defect and/or damage is detected and corrected at the factory or by the selling dealer during the inspection process. If you discover any defects or damage to the motorhome when you take delivery of your motorhome, you **MUST** notify your dealer **OR** TMC within ten (10) days of the date of purchase to have damage repaired at no cost to you. Minor adjustments, such as adjustments to the interior or exterior doors, drawers, and latches will be performed at no cost to you by your selling dealer during the first ninety (90) days of warranty coverage; thereafter, such adjustments are your exclusive responsibility as normal maintenance.

## REPAIR REMEDY

TMC's sole and exclusive obligation is to repair any covered defects discovered within the warranty coverage period if:

(1) within ten (10) days of your discovery of a defect you notify TMC or an authorized dealership of the defect;
(2) AND you deliver your motorhome to TMC or an authorized dealership (at your expense).

> BACK-UP REMEDY
>
> If the primary repair remedy fails to successfully cure any defect after a reasonable number of repair attempts, your sole and exclusive remedy shall be to have TMC pay an independent service shop of your choice to perform repairs to the defect OR if the defect is incurable, have TMC pay diminished value damages.
>
> The repair remedy and the back-up remedy **MUST** both be exhausted **AND** these remedies must fail to fulfill their essential purpose before you can seek other legal or equitable remedies for breach of this express warranty or for breach of any implied warranty.

**THIS LIMITED WARRANTY IS NOT A WARRANTY THAT PROMISES OR EXTENDS TO FUTURE PERFORMANCE BECAUSE THE WARRANTY DOES NOT MAKE A REPRESENTATION ON HOW YOUR MOTORHOME WILL PERFORM IN THE FUTURE BUT INSTEAD REPRESENTS ONLY WHAT THE REMEDY WILL BE IF A DEFECT EXISTS.**

## HOW TO GET SERVICE

If you need assistance in locating an authorized warranty service facility, contact TMC's Warranty Department by calling (877) 855-2867. The mailing address is: P.O. Box 1486, Elkhart, IN 46515-1486. For warranty service simply contact an authorized warranty service facility for an appointment, then deliver your motorhome (at your expense) to the authorized warranty service facility.

## EVENTS THAT DISCHARGE THOR MOTOR COACH'S OBLIGATIONS UNDER WARRANTY

Any motorhome used for rental purposes or sold or registered outside of the United States or Canada; transfer of the Limited Warranty beyond a second retail owner; misuse or neglect, accidents, unauthorized alteration, failure to provide reasonable and necessary maintenance (see Owner's Manual), damage caused by off-road use, collision, fire, theft, vandalism, explosions, overloading in excess of rated capacities, and odometer tampering shall discharge TMC from any express or implied warranty obligation to repair any resulting defect.

USDC IN/ND case 3:23-cv-00385-GSL-MGG document 1    filed 04/26/23    page 31 of 63

## LEGAL REMEDIES

**EXCLUSIVE JURISDICTION FOR DECIDING LEGAL DISPUTES RELATING TO ALLEGED BREACH OF WARRANTY OR REPRESENTATIONS OF ANY NATURE RESTS IN THE COURTS WITHIN THE STATE OF MANUFACTURE, WHICH IS INDIANA. ALSO, THIS LIMITED WARRANTY SHALL BE INTERPRETED AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF INDIANA. ANY AND ALL CLAIMS, CONTROVERSIES AND CAUSES OF ACTION ARISING OUT OF OR RELATING TO THIS LIMITED WARRANTY, WHETHER SOUNDING CONTRACT, TORT OR STATUTE, SHALL BE GOVERNED BY THE LAWS OF THE STATE OF INDIANA, INCLUDING ITS STATUTE OF LIMITATIONS, WITHOUT GIVING EFFECT TO ANY CONFLICT OF LAW RULE THAT WOULD RESULT IN THE APPLICATION OF THE LAWS OF A DIFFERENT JURISDICTION.**

THIS LIMITED WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE AND PROVINCE TO PROVINCE.

# THOR MOTOR COACH PRODUCT WARRANTY REGISTRATION FORM

## PRODUCT WARRANTY REGISTRATION FORM INSTRUCTIONS

**IMPORTANT!** **THE PURCHASER IS REQUIRED TO READ THIS DOCUMENT.** The selling dealership is not authorized by Thor Motor Coach (TMC) to deliver this vehicle until you, the purchaser, and the selling dealership have signed where indicated on both sides of this form. After completing both sides of this form, the selling dealership will:

1. Give a legible copy of the completed form to the purchaser.

2. Register the vehicle warranty online using TMC's Dealer Portal **OR** send a legible copy of both sides of this completed form to TMC within 15 days after vehicle delivery. Email to registrations@tmcrv.com, or fax to **(574) 294-3816**, or mail to Thor Motor Coach, PO Box 1486, Elkhart IN 46515-1486. Call **(877) 855-2867** for assistance.

3. Retain the original form in your dealership records. (Note: This original form must be made available to TMC upon request.)

4. Purchaser email address is **REQUIRED** for National Highway Transportation Safety Administration (NHTSA) compliance.

## VEHICLE INFORMATION (PLEASE PRINT)

TYPE (PLEASE CHECK APPROPRIATE BOX):　☐ CLASS C MOTORHOME　　☐ CLASS A GAS MOTORHOME　　☐ CLASS A DIESEL MOTORHOME

ODOMETER ___ KM ___ MILES　　MODEL YEAR　　MAKE / BRAND NAME　　MODEL /FLOOR PLAN

17-DIGIT CHASSIS VIN　　SERIAL NUMBER

## PURCHASER INFORMATION (PLEASE PRINT)

PURCHASER'S FIRST NAME　　MI　　LAST NAME　　PURCHASER'S PHONE

PRINT PURCHASER'S EMAIL (REQUIRED)

CO-PURCHASER'S FIRST NAME (REQUIRED, OR PRINT "NOT APPLICABLE" ON THE ABOVE LINE)　　MI　　LAST NAME　　CO-PURCHASER'S PHONE

CO-PURCHASER'S EMAIL (REQUIRED, OR PRINT "NOT APPLICABLE" ON THE ABOVE LINE)

PURCHASER'S STREET ADDRESS　　CITY, STATE OR PROVINCE, ZIP OR POSTAL CODE　　COUNTRY

PURCHASER'S MAILING ADDRESS (IF DIFFERENT FROM ABOVE)　　CITY, STATE OR PROVINCE, ZIP OR POSTAL CODE　　COUNTRY

## SELLING DEALERSHIP INFORMATION (PLEASE PRINT)

DEALER ACCT NO.　　SELLING DEALERSHIP NAME　　SELLING DEALERSHIP CITY, STATE OR PROVINCE, COUNTRY

SALESPERSON'S NAME　　SALESPERSON'S PHONE NUMBER AND EXT.

(PAGE 1 OF 2, REV. DATE 11/01/17)

A

Cut on dotted line

Cut on dotted line

# THOR MOTOR COACH PRODUCT WARRANTY REGISTRATION FORM

## PURCHASER AND SELLING DEALERSHIP VEHICLE INSPECTION CHECKLIST

- ☐ Exterior and interior finish
- ☐ Operate all appliances (electrical and gas)
  - ☐ Furnace and thermostat (lighting and maintenance)
  - ☐ Range and oven (lighting and maintenance)
  - ☐ Water heater (lighting and maintenance)
  - ☐ Refrigerator (lighting and maintenance)
- ☐ Operate 120V generator (if so equipped)
- ☐ Operate all doors and windows, including locks

- ☐ Operate all plumbing facilities including water faucets, shower and toilet
- ☐ Observe or check to assure that all wheel lugs are tight and tire pressures are correct
- ☐ Review operation of manual or automatic propane gas regulator
- ☐ Operate air conditioner(s), stereo(s), entertainment system(s), and television(s)
- ☐ Complete review of TMC Owner's Manual by dealer with owner
- ☐ Test drive vehicle
- ☐ Odometer reading as observed by customer is: ☐☐☐☐☐☐ ___KM ___MILES
- ☐ Dealer has answered all questions from new owner pertaining to this vehicle

I (the purchaser) have completed the above inspection with the selling dealership and have taken a test drive at the time of purchase. I note the following issues:

## PURCHASER AND SELLING DEALERSHIP MUST COMPLETE THE SECTION BELOW

**IMPORTANT!** The purchaser(s) and selling dealership signatures below indicate their understanding and acceptance of TMC's terms and conditions. Thor Motor Coach Limited Warranty and Thor Motor Coach Structural Limited Warranty will not be registered unless both sides of this Product Warranty Registration Form are completed and received by TMC within fifteen (15) days after vehicle delivery. Failure to file this Product Warranty Registration Form with TMC will not affect your rights under the applicable TMC limited warranty as long as you can present proof of purchase, but it can cause delays in obtaining the benefits of the applicable TMC limited warranty, and it may inhibit any servicing facility's ability to provide proper repairs and/or part replacement.

- Before I purchased my motorhome, I received, read and agreed to the terms and conditions of Thor Motor Coach Limited Warranty.

- Before I purchased my motorhome, I received, read and agreed to the terms and conditions of Thor Motor Coach Structural Limited Warranty.

- I understand and agree that the selling dealership is not an agent for TMC, but is an independent entity.

- I understand and acknowledge that the chassis and components and appliances that are covered by a warranty issued by their manufacturer are excluded from coverage under the terms of Thor Motor Coach Limited Warranty.

- I acknowledge and agree that, before purchasing my motorhome, I inspected or was given an opportunity to inspect my motorhome, took a test drive of my motorhome, and disclosed in writing to the selling dealership all defects and damage that I discovered during my test drive.

- I (we) the purchaser(s) agree to receive emails, telephone calls, or other forms of contact from Thor Motor Coach.

- **I AGREE THAT ANY AND ALL ACTIONS OF ANY KIND RELATED TO OUR MOTORHOME SHALL BE DECIDED BY A JUDGE RATHER THAN BY A JURY.**

- **I UNDERSTAND THAT EXCLUSIVE JURISDICTION FOR DECIDING LEGAL DISPUTES RELATING TO ALLEGED BREACH OF WARRANTY OR REPRESENTATIONS OF ANY NATURE RESTS IN THE COURTS WITHIN THE STATE OF MANUFACTURE, WHICH IS INDIANA.**

_____
DATE OF MOTORHOME DELIVERY TO PURCHASER (REQUIRED)

_____
PURCHASER SIGNATURE (REQUIRED)

_____
DATE SIGNED BY PURCHASER (REQUIRED)

_____
CO-PURCHASER SIGNATURE (REQUIRED, OR PRINT "NOT APPLICABLE") ON THE ABOVE LINE

_____
DATE SIGNED BY CO-PURCHASER (REQUIRED, OR PRINT "NOT APPLICABLE" ON THE ABOVE LINE

_____
SELLING DEALERSHIP SALES PERSON SIGNATURE (REQUIRED)

_____
DATE SIGNED BY SELLING DEALERSHIP SALES PERSON (REQUIRED)

B

Cut on dotted line

THOR MOTOR COACH 

This page is intentionally blank.

C

This page is intentionally blank.

D

# THOR MOTOR COACH STRUCTURAL LIMITED WARRANTY

## THIS STRUCTURAL LIMITED WARRANTY COVERS

(i) **ONLY** the first retail owner and any second retail owner of the NEW motorhome;

(ii) **ONLY** the structure of the **NEW** motorhome as defined under the section "What is Covered," when sold by an authorized dealership; and,

(iii) **ONLY** defects in workmanship performed and/or materials used to assemble the structure of your motorhome. "Defect" means the failure of the workmanship performed and/or materials used to conform the structure of the motorhome to the design and manufacturing specification and tolerances of Thor Motor Coach ("TMC").

The Structural Limited Warranty is not transferable beyond the second retail owner. The second retail owner's warranty coverage period shall be the unexpired balance of the warranty coverage period the first retail owner received. The second retail owner should complete and submit a **Thor Motor Coach Product Warranty Registration Form**, which can be found in this Warranty Guide.

## LIMITATION AND DISCLAIMER OF IMPLIED WARRANTIES

**UNLESS PROHIBITED BY LAW, THE DURATION OF ANY IMPLIED WARRANTY OF MERCHANTABILITY, WHICH ARISES BY OPERATION OF STATE LAW, IS LIMITED:**

i. **TO THE DURATION OF THE STRUCTURAL LIMITED WARRANTY,**

ii. **IN SCOPE OF COVERAGE TO THE STRUCTURE OF YOUR MOTORHOME,**

iii. **DEFECTS EXISTING AT THE TIME OF SALE THAT SURFACED WITHIN THE DURATION OF THE IMPLIED WARRANTY OF MERCHANTABILITY; AND**

iv. **DEFECTS THAT WERE DISCOVERED AND REPORTED WITHIN THE DURATION OF THE IMPLIED WARRANTY OR MERCHANTABILITY.**

**THERE ARE NO EXPRESS WARRANTIES OR ANY IMPLIED WARRANTIES OF MERCHANTABILITY ON THOSE PORTIONS OF THE MOTORHOME EXCLUDED FROM COVERAGE. NOT WITHSTANDING THE ABOVE PROVISIONS, TMC EXPRESSLY DISCLAIMS AND EXCLUDES ANY AND ALL IMPLIED WARRANTIES AND CONDITIONS, STATUTORY OR OTHERWISE, WHERE THE MOTORHOME IS SOLD IN CANADA.**

**There is no warranty of any nature made by TMC beyond that contained in this Structural Limited Warranty. No person has authority to enlarge, amend or modify this Structural Limited Warranty. The dealer is NOT TMC's agent. TMC is not responsible for any undertaking, representation or warranty made by any dealer or others beyond those expressly set forth within this Structural Limited Warranty.**

Some states and provinces do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

## DISCLAIMER OF CONSEQUENTIAL AND INCIDENTAL DAMAGES

**YOU, AS THE FIRST RETAIL BUYER OF THE MOTORHOME, AND ANY PERSON TO WHOM THE MOTORHOME IS TRANSFERRED, AND ANY PERSON WHO IS AN INTENDED OR UNINTENDED USER OR BENEFICIARY OF THE MOTORHOME, SHALL NOT BE ENTITLED TO RECOVER FROM TMC ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES RESULTING FROM ANY DEFECT IN THE MOTORHOME, INCLUDING FUEL AND TRANSPORTATION EXPENSES TO DELIVER THE PRODUCT TO THE SERVICING DEALER, HOTEL ROOMS, LOST WAGES, AND MOISTURE DAMAGE SUCH AS MOLD AND MILDEW, AS WELL AS RUST AND CORROSION. THE EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES SHALL BE DEPENDENT UPON WARRANTY REPAIRS SUCCESSFULLY CURING ANY DEFECT; THE EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES SHALL SURVIVE ANY FAILURE OF THE STRUCTURAL LIMITED WARRANTY REMEDIES FULFILLING THEIR PURPOSE.**

Some states do not allow the exclusion or limitation of consequential or incidental damages, so the above exclusions may not apply to you.

USDC IN/ND case 3:20-cv-00335-RLC-MGG document 1-10 filed 04/20/21 page 37 of 63

## WHAT IS COVERED

The Structural Limited Warranty covers **ONLY** the steel or aluminum **frame structure** of the sidewalls (excluding slideouts), roof, rear wall, and front wall. It does not cover the exterior walls; it covers only the **frame structure** for the walls. The coverage ends twenty-four (24) months after the first retail owner takes delivery of the motorhome from an authorized dealership **OR** after the first 24,000 miles of use, whichever occurs first. **ANY ACTION FOR BREACH OF THIS TWENTY-FOUR (24) MONTH OR 24,000 MILE STRUCTURAL LIMITED WARRANTY OR ANY IMPLIED WARRANTIES OR FOR REVOCATION OF ACCEPTANCE COVERING THE STRUCTURE MUST BE COMMENCED NOT MORE THAN TWENTY-SEVEN (27) MONTHS AFTER THE BREACH.**

If the motorhome is not of the current or prior model year when the first retail owner takes delivery of the motorhome **OR** the motorhome has been registered in a business name or used for any commercial or business purposes other than for rental purposes, the Structural Limited Warranty ends ninety (90) days after the first retail owner takes delivery of the motorhome or after the odometer reaches 5,000 miles, whichever occurs first. If the motorhome has been registered in a business name or used for any commercial or business purpose, TMC disclaims any implied warranty of merchantability that may arise by operation of law. If the retail owner(s) has filed a federal, state, or provincial tax form claiming any business tax benefit related to the motorhome, it will be conclusively presumed the motorhome was used for commercial and/or business purposes. **ANY ACTION FOR BREACH OF THIS NINETY (90) DAY STRUCTURAL LIMITED WARRANTY OR ANY IMPLIED WARRANTIES OR FOR REVOCATION OF ACCEPTANCE COVERING THE STRUCTURE MUST BE COMMENCED NOT MORE THAN FIFTEEN (15) MONTHS AFTER THE BREACH.**

Unless prohibited by state or provincial law, repairs will not extend the time when you must commence a breach of warranty claim and shall not extend the Structural Limited Warranty coverage period. Some states and provinces do not allow a reduction of the time when a breach of warranty claim must be commenced, so this may not apply to you. Any performance of repairs after the Structural Limited Warranty coverage ends or any performance of repairs to those portions of your motorhome excluded from coverage by the Structural Limited Warranty shall be considered "good will" repairs. TMC may use new and/or remanufactured parts and/or components of substantially equal quality to complete a repair.

## REPAIR REMEDY

TMC's sole and exclusive obligation is to repair any covered defects discovered within the warranty coverage period if:

(1) within ten (10) days of your discovery of a defect you notify TMC or an authorized dealership of the defect;
(2) **AND** you deliver your motorhome to TMC or an authorized dealership (at your expense).

BACK-UP REMEDY

If the primary repair remedy fails to successfully cure any defect after a reasonable number of repair attempts, your sole and exclusive remedy shall be to have TMC pay an independent service shop of your choice to perform repairs to the defect OR if the defect is incurable, have TMC pay diminished value damages.

The repair remedy and the back-up remedy **MUST** both be exhausted **AND** these remedies must fail to fulfill their essential purpose before you can seek other legal or equitable remedies for breach of this express warranty or for breach of any implied warranty.

**THIS STRUCTURAL LIMITED WARRANTY IS NOT A WARRANTY THAT PROMISES OR EXTENDS TO FUTURE PERFORMANCE BECAUSE THE WARRANTY DOES NOT MAKE A REPRESENTATION ON HOW YOUR MOTORHOME WILL PERFORM IN THE FUTURE BUT INSTEAD REPRESENTS ONLY WHAT THE REMEDY WILL BE IF A DEFECT EXISTS.**

## HOW TO GET SERVICE

If you need assistance in locating an authorized warranty service facility, contact TMC's Warranty Department by calling (877) 855-2867. The mailing address is: P.O. Box 1486, Elkhart, IN 46515-1486. For warranty service simply contact an authorized warranty service facility for an appointment, then deliver your motorhome (at your expense) to the authorized warranty service facility.

# THOR MOTOR COACH STRUCTURAL LIMITED WARRANTY

## EVENTS THAT DISCHARGE THOR MOTOR COACH'S OBLIGATIONS UNDER WARRANTY

Any motorhome used for rental purposes or sold or registered outside of the United States or Canada; transfer of the Limited Warranty beyond a second retail owner; misuse or neglect, accidents, unauthorized alteration, failure to provide reasonable and necessary maintenance (see Owner's Manual), damage caused by off-road use, collision, fire, theft, vandalism, explosions, overloading in excess of rated capacities, and odometer tampering shall discharge TMC from any express or implied warranty obligation to repair any resulting defect.

## LEGAL REMEDIES

**EXCLUSIVE JURISDICTION FOR DECIDING LEGAL DISPUTES RELATING TO ALLEGED BREACH OF WARRANTY OR REPRESENTATIONS OF ANY NATURE RESTS IN THE COURTS WITHIN THE STATE OF MANUFACTURE, WHICH IS INDIANA. ALSO, THIS STRUCTURAL LIMITED WARRANTY SHALL BE INTERPRETED AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF INDIANA. ANY AND ALL CLAIMS, CONTROVERSIES AND CAUSES OF ACTION ARISING OUT OF OR RELATING TO THIS STRUCTURAL LIMITED WARRANTY, WHETHER SOUNDING CONTRACT, TORT OR STATUTE, SHALL BE GOVERNED BY THE LAWS OF THE STATE OF INDIANA, INCLUDING ITS STATUTE OF LIMITATIONS, WITHOUT GIVING EFFECT TO ANY CONFLICT OF LAW RULE THAT WOULD RESULT IN THE APPLICATION OF THE LAWS OF A DIFFERENT JURISDICTION.**

THIS STRUCTURAL LIMITED WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE AND PROVINCE TO PROVINCE.

## EXAMPLES OF TMC STRUCTURE DEPICTIONS



TYPICAL ROOF STRUCTURE

Class A motorhome

Class C motorhome

TYPICAL SIDEWALL STRUCTURE

Class A motorhome

Class C motorhome

TYPICAL FLOOR STRUCTURE

Class A motorhome

Class C motorhome

Note: Depictions not shown to scale.



## COMPONENT SUPPLIER CONTACT LIST

| Component | Type or Brand | Vendor | Phone | Website |
|---|---|---|---|---|
| Air Conditioner | Heat Pump | Airxcel | 316-832-4357 | www.airxcel.com/coleman-mach |
| | Roof | Airxcel | 316-832-4357 | www.airxcel.com/coleman-mach |
| | | Dometic Corporation | 800-544-4881 | www.dometic.com/en-us/us |
| Antenna | Radio | ASA Electronics | 877-305-0445 | www.asaelectronics.com |
| | Satellite | Winegard Company | 800-288-8094 | www.winegard.com |
| | Satellite / Sirius XM | RiverPark Inc | 800-442-7717 | www.riverparkinc.com |
| | TV, Over the Air | King Controls | 952-922-6889 | www.kingconnect.com |
| | | Winegard Company | 800-288-8094 | www.winegard.com |
| | TV w/ Signal Booster | King Controls | 952-922-6889 | www.kingconnect.com |
| | | Winegard Company | 800-288-8094 | www.winegard.com |
| | Wi-Fi Extender | Winegard Company | 800-288-8094 | www.winegard.com |
| | Wi-Fi Router | | | |
| Automatic Transfer Switch | | Progressive Dynamics | 269-781-4241 | www.progressivedyn.com |
| Awning | Entry Door | Carefree of Colorado | 303-469-3324 | www.carefreeofcolorado.com |
| | | Girard Systems | 800-382-8442 | www.girardrv.com |
| | Patio | Carefree of Colorado | 303-469-3324 | www.carefreeofcolorado.com |
| | | Dometic Corporation | 303-469-3324 | www.dometic.com/en-us/us/ |
| | | Girard Systems | 800-382-8442 | www.girardrv.com |
| | Patio, Rear Wall | Carefree of Colorado | 303-469-3324 | www.carefreeofcolorado.com |
| | Slideout Topper | Carefree of Colorado | 303-469-3324 | www.carefreeofcolorado.com |
| | | Dometic Corporation | 800-544-4881 | www.dometic.com/en-us/us/ |
| | Window | Carefree of Colorado | 303-469-3324 | www.carefreeofcolorado.com |
| Battery Isolation Manager | | Precision Circuits Inc | 630-515-9100 | www.precisioncircuitsinc.com |
| Bed, Power Lift | | Happi-Jac | 801-544-2585 | www.happijac.com |
| | | Lippert Components Inc | 574-537-8900 | www.lci1.com |
| Bedding | | Ascot Enterprises | 877-773-7751 | www.ascotent.com |
| | | Fabric Technologies Inc | 574-970-0986 | N/A |
| Blind, Window | | Ascot Enterprises | 877-773-7751 | www.ascotent.com |
| | | Irvine Shade & Door Inc | 574-522-1446 | www.irvineshadeanddoor.com |
| Camera | Back-Up | ASA Electronics | 877-305-0445 | www.asaelectronics.com |
| | | Rear View Safety Inc | 800-764-1028 | www.rearviewsafety.com |
| | Rear View | ASA Electronics | 877-305-0445 | www.asaelectronics.com |
| | | Rear View Safety Inc | 800-764-1028 | www.rearviewsafety.com |
| | Side View | ASA Electronics | 877-305-0445 | www.asaelectronics.com |
| Camera Monitor | Multimedia Receiver, Axxera | MITO Corporation | 888-433-6486 | www.mito-oem.com |
| Carbon Monoxide and Propane Alarm Combo | | Atwood Mobile Products | 800-546-8759 | www.askforatwood.com |
| Ceiling Fan | | LaSalle Bristol | 800-718-7187 | www.lasallebristol.com |
| | | Trusty Products Inc | 574-264-4788 | www.trusty-products.com |
| Chair | Arm | Lexington Corporation | 888-443-9888 | www.lexingtonseating.com |
| | Barrel | | | |
| | Euro | Praxis Group | 888-373-3939 | www.patrickind.com/brands/praxis-group/ |
| | Recliner | Kustom Fit | 323-564-4481 | www.kustomfit.com |
| Chair, Captain | Driver and Front Passenger | Flair Interiors | 574-537-8900 | www.lci1.com |
| | | Flexsteel | 563-556-7730 | www.flexsteel.com |
| | | Kustom Fit | 323-564-4481 | www.kustomfit.com |
| | | Lexington Corporation | 888-443-9888 | www.lexingtonseating.com |
| | | Williamsburg Furniture Inc | 800-582-8183 | www.wbfusa.com |
| Coax Distribution | | Furrion | 888 354 5792 | www.furrion.com |



## COMPONENT SUPPLIER CONTACT LIST, CON'T.

| Component | Type or Brand | Vendor | Phone | Website |
|---|---|---|---|---|
| Converter | Magnum Energy | Magnum Dimensions | 425-353-8833 | www.magnum-dimensions.com |
| | WFCO | Arterra | 877-294-8997 | www.wfcoelectronics.com |
| Cooktop | Atwood | Atwood Mobile Products | 800-546-8759 | www.askforatwood.com |
| | Cast Products | Dehco / Cast Products | 800-621-2278 | www.dehco.com |
| | Dometic | Dometic Corporation | 800-544-4881 | www.dometic.com/en-us/us/ |
| | High Pointe | Collins and Company | 574-848-1118 | www.collins-n-co.com |
| Countertop | Laminate | Leading Edge Fabrication | 231-893-2605 | www.leadingedgefab.com |
| | | Patrick Industries | 888-373-3939 | www.patrickind.com |
| | | Mica Shop Inc | 574-533-1102 | www.micashop.com |
| | | White Water Concepts Inc | 574-326-3292 | N/A |
| | Solid Surface | AIA Countertops | 574-457-2018 | www.aiasolidsurface.com |
| | | Mica Shop Inc | 574-533-1102 | www.micashop.com |
| Dishwasher | | Westland Sales | 800-356-0766 | www.westlandsales.com |
| Distribution Panel | | Firefly Integrations | 574-825-4600 | www.fireflyintegrations.com |
| Dryer, Stackable | | Whirlpool | 866-698-2538 | www.whirlpool.com |
| DVD / Blu-Ray Player | Sony | RiverPark Inc | 800-442-7717 | www.riverparkinc.com |
| | Jensen | ASA Electronics | 877-305-0445 | www.asaelectronics.com |
| Energy Management System | | Precision Circuits Inc | 630-515-9100 | www.precisioncircuitsinc.com |
| Fire Extinguisher | | Manufacturer and contact information listed on component part | | |
| Fireplace | Dimplex | Wesco | 800-668-6663 | www.dimplex.com/en/ |
| Flooring | Carpet | Shaw Industries | 800-441-7429 | www.shawfloors.com |
| | Linoleum | Syntec Industries | 800-526-8428 | www.syntecind.com |
| | Tile | Daltile | 877-556-5728 | www.daltile.com |
| Flush, Black Tank System | | B & B Molders | 888-965-2244 | www.bandbmolders.com |
| Furnace / Heating System | Forced Air | Atwood Mobile Products | 800-546-8759 | www.askforatwood.com |
| | | Suburban | 423-775-2131 | www.airxcel.com/suburban/ |
| | Hot Water (Boiler) | Aqua Hot | 800-685-4298 | www.aquahot.com |
| Generator | | ONAN | 800-286-6467 | https://cumminsengines.com/motorhome-and-rv-generators |
| Generator, Auto Start Control | | Magnum Energy | 425-353-8833 | www.magnum-dimensions.com |
| Grab Handle | Interior | ITC Inc | 616-396-1355 | www.itc-rv.com |
| | Exterior | | | |
| HDMI Distribution Panel | | RiverPark Inc | 800-442-7717 | www.riverparkinc.com |
| Hitch | Receiver | Cequent Towing Products | 800-632-3290 | www.cequentgroup.com |
| | Towing | Lippert Components Inc | 574-537-8900 | www.lci1.com |
| Holding Tank Heater | | Dehco / Cast Products | 800-621-2278 | www.dehco.com |
| Home Theater | Sony Blu-Ray | RiverPark Inc | 800-442-7717 | www.riverparkinc.com |
| Horn, Air | | Hadley Products | 616-530-1717 | www.hadleyadvantage.com |
| Inverter | Magnum Energy | Magnum Dimensions | 425-353-8833 | www.magnum-dimensions.com |
| | Xantrex | Xantrex | 800-670-0707 | www.xantrex.com |
| Ladder | Interior | Christianson Industries Inc | 269-663-8502 | N/A |
| | Exterior | | | |
| Leveling System | | Lippert Components Inc | 574-537-8900 | www.lci1.com |
| Lights | Exterior | Command Electronics | 269-679-4011 | www.commandelectronics.com |
| | | Gufstason Lighting | 888-373-3939 | www.patrickind.com |
| | Interior | Command Electronics | 269-679-4011 | www.commandelectronics.com |
| | | Gufstason Lighting | 888-373-3939 | www.patrickind.com |
| Load Center | 30 Amp | Progressive Dynamics | 269-781-4241 | www.progressivedyn.com |
| | 50 Amp | | | |
| Macerator Pump System | | Pentair | 800-854-3218 | www.shurflo.com/rv-products/ |



## COMPONENT SUPPLIER CONTACT LIST, CON'T.

| Component | Type or Brand | Vendor | Phone | Website |
|---|---|---|---|---|
| Mattress | | Lexington Corporation | 888-443-9888 | www.lexingtonseating.com |
| | | Lippert Interiors | 574-537-8900 | www.lci1.com |
| | | Mastercraft Inc | 800-522-5652 | www.innovationandvalue.com |
| Microwave | Greystone | Way Interglobal Network | 574-971-4490 | www.wayinterglobal.com |
| | High Pointe | Collins and Company | 574-848-1118 | www.collins-n-co.com |
| | Whirlpool | Whirlpool | 866-698-2538 | www.whirlpool.com |
| Mirrors, Exterior Side View | Class A Motorhome | Velvac | 800-783-8871 | www.velvac.com |
| | Class C Motorhome (where applicable) | | | |
| | | Chassis Manufacturer (where applicable) | | |
| Monitor Panel | Wall Mount | KIB | 800-250-7051 | www.kib.us |
| Mudflap, Class A Motorhome only (where applicable) | | Future Sales | 574- 262-3688 | www.shoprv.parts/online/ |
| Multi-Plex Power Management | | Firefly Integrations | 574-825-4600 | www.fireflyintegrations.com |
| Oven | | Atwood Mobile Products | 800-546-8759 | www.askforatwood.com |
| Paint, Full Body | | Carrera Custom Painting | 574-295-7907 | www.carreracustomrvpainting.com |
| | | Millenium Paint | 866-909-4473 | www.millenniumrvpainting.com |
| | | Precision Painting | 866-909-4473 | www.precisionpaintingrv.com |
| Power Cord Reel | | Glendinning Marine Products Inc | 843-399-6146 | www.glendinningprods.com |
| Shore Power Cord | 30 AMP | Wesco | 866-746-3519 | www.buy.wesco.com |
| | 50 AMP | Furrion | 574-537-8900 | www.furrion.com |
| Propane Tank | | Manchester Tank | 615-370-6300 | www.manchestertank.com |
| | | YSN Imports | 310-715-1122 | www.flameking.com |
| Radio, Dash | Multimedia Receiver, Axxera | MITO Corporation | 888-433-6486 | www.mito-oem.com |
| | Sony Xite | RiverPark Inc | 800-442-7717 | www.riverparkinc.com |
| Radio, Wall Mount | Jensen | ASA Electronics | 877-305-0445 | www.asaelectronics.com |
| Ramp Door | | Lippert Components Inc | 574-537-8900 | www.lci1.com |
| | | MOR/ryde | 574-293-1581 | www.morryde.com |
| Range Hood | | Atwood Mobile Products | 800-546-8759 | www.askforatwood.com |
| | | Dexter Door | 574-848-4491 | www.dexterdoor.com |
| | | Dometic Corporation | 800-544-4881 | www.dometic.com/en-us/us/ |
| Regulator, Propane | | Fairview Fittings | 800-688-4088 | www.fairviewfittings.com |
| | | Manchester Tank | 615-370-6300 | www.manchestertank.com |
| Refrigerator | Dometic | Dometic Corporation | 800-544-4881 | www.dometic.com/en-us/us/ |
| | Norcold | Norcold | 800-543-1219 | www.norcold.com |
| | Pummell Drive | Mid-West Sales | 800-772-7262 | www.midwestsales.org |
| | Whirlpool | Rumble Products | 574-262-2518 | N/A |
| | | Whirlpool | 866-698-2538 | www.whirlpool.com |
| Remote Keyless Entry | | ASA Electronics | 877-305-0445 | www.asaelectronics.com |
| | | KIB Electronics | 800-250-7051 | www.kib.us |
| | | Touch Tronics Inc | 800-294-2570 | www.touchtronics.com |
| | | Nagy Fleetnet, Inc | 800-232-4479 | www.nagyfleetnet.com |
| Roof | Fiberglass | Global Composites Inc | 574-522-9956 | www.globalcompositesinc.com |
| | Rubber | Dicor Products | 800-837-2059 | www.dicorproducts.com |
| | TPO | | | |
| Shade | Night, Windshield | United Shade | 877-262-0954 | www.unitedshade.com |
| | Patio Door, Power | Irvine Shade & Door Inc | 574-522-1446 | www.irvineshadeanddoor.com |
| | Roman | Ascot Enterprises | 574-773-7751 | www.ascotent.com |



## COMPONENT SUPPLIER CONTACT LIST, CON'T.

| Component | Type or Brand | Vendor | Phone | Website |
|---|---|---|---|---|
| Shade, Window | Day/Night, Manual | Irvine Shade & Door Inc | 574-522-1446 | www.irvineshadeanddoor.com |
| | Day/Night, Power | | | |
| | Day/Night | Specialty Window Covering | 615-807-1088 | www.specialtywindowcoverings.com |
| | Night | United Shade | 877-262-0954 | www.unitedshade.com |
| Slideout System | Hydraulic | Lippert Components Inc | 574-537-8900 | www.lci1.com |
| | In-Wall® | | | |
| | Rack and Pinion | | | |
| Sofa | Air Bed | Flair Interiors | 574-537-8900 | www.lci1.com |
| | | Kustom Fit | 323-564-4481 | www.kustomfit.com |
| | | Lexington Corporation | 888-443-9888 | www.lexingtonseating.com |
| | Hide-a-Bed | Kustom Fit | 323-564-4481 | www.kustomfit.com |
| | Jack Knife | Flair Interiors | 574-537-8900 | www.lci1.com |
| | | Kustom Fit | 323-564-4481 | www.kustomfit.com |
| | | Lexington Corporation | 888-443-9888 | www.lexingtonseating.com |
| | J-Sofa | Kustom Fit | 323-564-4481 | www.kustomfit.com |
| | L-Shape | Lexington Corporation | 888-443-9888 | www.lexingtonseating.com |
| | Side Sleeper | Williamsburg Furniture Inc | 800-582-8183 | www.wbfusa.com |
| | Sleeper | Lexington Corporation | 888-443-9888 | www.lexingtonseating.com |
| | | Williamsburg Furniture Inc | 800-582-8183 | www.wbfusa.com |
| | Theater | Flair Interiors | 574-537-8900 | www.lci1.com |
| | | Kustom Fit | 323-564-4481 | www.kustomfit.com |
| | | Williamsburg Furniture Inc | 800-582-8183 | www.wbfusa.com |
| | Tri-Fold | Flair Interiors | 574-537-8900 | www.lci1.com |
| | | Lexington Corporation | 888-443-9888 | www.lexingtonseating.com |
| | | Williamsburg Furniture Inc | 800-582-8183 | www.wbfusa.com |
| Solar | Charging Controller | Dehco / Tri-Star Distributing | 800-456-3340 | www.tristardistributing.com |
| | Panel | | | |
| Soundbar | Connexx | RiverPark Inc | 800-442-7717 | www.riverparkinc.com |
| | JBL | | | |
| | ProScan | MITO Corporation | 888-433-6486 | www.mito-oem.com |
| | Seiki | | | |
| | Vizio | | | |
| | Yamaha | Quest Audio Video | 574-293-1521 | www.questav.com |
| Screen, Patio Door | | Kinro | 574-537-8900 | www.lci1.com |
| Step, Entry | | Lippert Components Inc | 574-537-8900 | www.lci1.com |
| Television | Axxera | MITO Corporation | 888-433-6486 | www.mito-oem.com |
| | GPX | Mid-West Sales | 800-772-7262 | www.midwestsales.org |
| | Jensen | ASA Electronics | 877-305-0445 | www.asaelectronics.com |
| | LG | Quest Audio Video | 574-293-1521 | www.questav.com |
| | Sansui | RiverPark Inc | 800-442-7717 | www.riverparkinc.com |
| | Seiki | MITO Corporation | 888-433-6486 | www.mito-oem.com |
| | Sony | RiverPark Inc | 800-442-7717 | www.riverparkinc.com |
| Thermostat | | Atwood Mobile Products | 800-546-8759 | www.askforatwood.com |
| | | Dometic Corporation | 800-544-4881 | www.dometic.com/en-us/us/ |
| | | Suburban | 423-775-2131 | www.airxcel.com/suburban/ |
| Tires | Chassis | Chassis Manufacturer (where applicable) | | |
| | Spare | HiSpec Wheel and Tire Inc | 574-807-8588 | www.hispecwheel.com |
| | | Tredit Tire and Wheel Co | 800-795-4437 | www.treditttire.com/ |

## COMPONENT SUPPLIER CONTACT LIST, CON'T.

| Component | Type or Brand | Vendor | Phone | Website |
|-----------|---------------|--------|-------|---------|
| Toilet | | Dometic Corporation | 800-544-4881 | www.dometic.com/en-us/us/ |
| | | Thetford | 800-543-1219 | www.thetford.com/products/ |
| Utility Center, Exterior (some models) | | Wesco | 866-746-3519 | www.buy.wesco.com |
| Valve Extender (Tires) | | Dicor Products | 800-837-2059 | www.dicorproducts.com |
| Vent, Roof | Fantastic, Powered | Dometic Corporation | 800-544-4881 | www.dometic.com/en-us/us/ |
| | Maxxair, Powered | Airxcel | 316-832-4357 | www.airxcel.com |
| | Manual | Ventline by Dexter | 574-848-4491 | www.ventline.com |
| | Powered | | | |
| Washer, Stackable | | Whirlpool | 866-698-2538 | www.whirlpool.com |
| Water Filter, House | | Intertek Distribution | 800-859-0076 | www.intertekdistribution.com |
| Water Heater | 6 or 10 Gallon, LP | Atwood Mobile Products | 800-546-8759 | www.askforatwood.com |
| | Tankless, LP | Girard RV | 866-559-1221 | www.greenrvproducts.com |
| | Hot Water (Boiler) | Aqua Hot | 800-685-4298 | www.aquahot.com |
| Water Pump | SHURFLO® | Pentair | 800-854-3218 | www.shurflo.com/rv-products/ |
| Water Valve | Anderson KantLeak | Anderson Brass Co | 800-476-9876 | www.andersonbrass.com |
| Window | | Hehr International | 574-935-5122 | www.hehrintl.com |
| | Kinro | Lippert Components Inc | 574-537-8900 | www.lci1.com |
| Windshield, Class A Motorhome Only | | Duncan Systems | 574-537-8900 | www.lci1.com |
| | | Guardian Industries Corporation | 248-340-1800 | www.guardianglass.com |
| Windshield Wiper System, Class A Motorhome Only | | Diesel Equipment, Wiper Technologies Division | 800-222-7159 | www.dieselequipment.com |
| | | Wexco Industries | 973-244-5777 | www.wexcoind.com |

18



**TRAVEL DIARY & MAINTENANCE LOG**

| DATE | ODOMETER | DESCRIPTION |
|------|----------|-------------|
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |

**TRAVEL DIARY & MAINTENANCE LOG, CON'T.**

| DATE | ODOMETER | DESCRIPTION |
|------|----------|-------------|
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |
|      |          |             |



**PO Box 1486**
**Elkhart IN  46515-1486 USA**

**TMC Customer Care (877) 855-2867 EST-Indiana**
**Visit thormotorcoach.com**

**About Thor Motor Coach**

Thor Motor Coach (TMC) is the only Made to Fit® motorhome brand in North America. TMC's diverse product lineup includes many of the world's most recognized Class A and Class C motorhome brands. As an industry leader in innovative design, TMC builds a variety of unique styles, sizes and floor plans that feel custom-made – at a truly competitive price. For more information, visit thormotorcoach.com or call 800-860-5658.

# EXHIBIT C

**Campers Inn RV of Toms River, Inc**
2175 US 9
Toms River  NJ  USA  08755
Phone #:(732) 218-9627
Fax #: () -
MV89985

| | |
|---|---|
| Invoice Number: | 4001896 |
| Tag Number: | WAITER |
| Date and Time In: | 5/26/2022 - 9:36 AM |
| Date and Time Out: | 5/13/2022 - 3:16 PM |
| Promised Date - Time: | 5/27/2022 - 3:16 PM |
| Cashed Out Date: | |
| Date Appointment Initiated: | 5/13/2022 |
| Service Advisor: | (40043) Karen Mount |

MARLIN MICHAEL                    3549963    Cell: (561) 768-2826
8354 SOUTH EAST SANDY LN
HOBE SOUND  FL  33455

**Veh Info:** 22 DODGE PROMASTER  B Plus
**Serial Numbers:** 3C6LRVBG0ME552757    PT166814
**In-Srv:**                    **Miles/Hrs In:** 6979  **Out:** 0  **Plate #:**

| Repair | Hrs | VIN | Mech # | Type | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|
| | | **Requested Repair Description** | | | | | |
| 1 | 0.70 | ME552757 | 40038 | Warranty | INC | INC | INC |

WATER LEAK COMING FROM CEILING VENT IN KITCHEN CUSTOMER IN TRANSIT
CAUSE: Rear of vent lifting up and making void from the roof ridges
CORRECTION: Removed inside ceiling trim to inspect water intrusion. Got a ladder and climbed on roof and
had to removed vent cover. Inspected dicor around the vent and at the rear of the vent there was a large void
from where the roof ridges were.
- got self leveling dicor and cleaned and resealed around the entire roof vent. Reinstalled roof vent cover and
reinstalled ceiling vent trim.

| Repair | Part # | Description | Qty | Retail Price | Savings | Selling Price | Extended Discount | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 501LST-1 | DICOR 501LST TAN TUBE SL | 2.00 | | | | | INC |

| Pay Type | CC # | Amount |
|---|---|---|

| | |
|---|---|
| Parts Total: | $0.00 |
| Core Total: | $0.00 |
| Freight Total: | $0.00 |
| Sublet Total: | $0.00 |
| Labor Total: | $0.00 |
| - Labor Discount: | $0.00 |
| Other Charges: | $0.00 |
| Shop Supplies: | $0.00 |
| Sub Total: | $0.00 |
| - Parts Discount: | $0.00 |

| | |
|---|---|
| Ext Price: | $0.00 |
| Sales Tax: | $0.00 |
| Total: | $0.00 |
| - Deductible: | $0.00 |
| - Deposits: | $0.00 |
| **Amount Due:** | **$0.00** |
| Amt Tendered: | $0.00 |
| Chg Returned: | $0.00 |

Signature:_____
I AGREE TO PAY THE ABOVE TOTAL AMOUNT
Cashed Out By:
Cash Out Date:
Cash Drawer:

**Campers Inn RV of Toms River, Inc**
2175 US 9
Toms River  NJ  USA  08755
Phone #:(732) 218-9627
Fax #: () -
MV89985

Invoice Number: 4001896
Tag Number: WAITER
Date and Time In: 5/26/2022 - 9:36 AM
Date and Time Out: 5/13/2022 - 3:16 PM
Promised Date - Time: 5/27/2022 - 3:16 PM
Cashed Out Date:
Date Appointment Initiated: 5/13/2022
Service Advisor: (40043) Karen Mount

MARLIN MICHAEL          3549963     Cell: (561) 768-2826
8354 SOUTH EAST SANDY LN
HOBE SOUND  FL  33455

Veh Info:  22 DODGE PROMASTER  B Plus
Serial Numbers: 3C6LRVBG0ME552757    PT166814
In-Srv:              Miles/Hrs In:  6979  Out:   0   Plate #:

---

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND SIGN.
1>      I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY VEHICLE IS NOT COVERED BY WARRANTY OR EXTENDED SERVICE CONTRACT.
2>      ___ I REQUEST A WRITTEN ESTIMATE BEFORE ALL REPAIRS ARE COMPLETED
3>      ___I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIRS DO NOT EXCEED $_____THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.
4>      I UNDERSTAND THAT AN EXPRESSED MECHANICS LIEN MAY BE IMPOSED TO RECOVER ANY REPAIRS OR PARTS USED ON MY VEHICLE SHOULD I NOT PAY.

LABOR ESTIMATES ARE BASED ON FLAT RATE OF 159.00 OR HOURLY RATE OF 159.00,  MINIMUM ESTIMATE/DIAGNOSTIC FEE OF 159.00 MAY BE APPLIED.
*ALL LOCATIONS: A STORAGE FEE OF 25.00 PER DAY MAY BE APPLIED TO VEHICLES WHICH ARE NOT CLAIMED OR PAID FOR WITH IN 14 DAYS OF COMPLETION.
I, THE UNDERSIGNED, UNDERSTAND CAMPERS INN IS NOT RESPONSIBLE FOR DAMAGE CAUSED BY THEFT, FIRE OR ACTS, NATURE OR FOOD LEFT IN REFRIGERATORS.
YOU AND YOUR EMPLOYEES MAY OPERATE MY VEHICLE FOR PURPOSES OF TESTING, INSPECTION AND CONFIRMING REPAIRS AND I HOLD CAMPERS INN HARMLESS FOR ANY DAMAGE THAT MAY OCCUR IN THIS PROCESS.
IF I CANCEL REPAIRS PRIOR TO THEIR COMPLETION FOR ANY REASON, I UNDERSTAND I AM RESPONSIBLE FOR ANY TEAR DOWN, RE-ASSEMBLY, AND RESTOCKING FEES OF PARTS.

RV REPAIRS ARE OCCASIONALLY DELAYED DUE TO PARTS NOT BEING AVAILABLE OR FOR OTHER REASONS. I UNDERSTAND THAT MY RV WILL OFTEN STILL BE CAPABLE OF BEING USED BY ME DURING SUCH DELAYS. IF MY RV CAN BE UTILIZED FOR RECREATIONAL USE BEFORE REPAIRS ARE COMPLETED, WHICH I ACKNOWLEDGE IS MY OBLIGATION TO ASCERTAIN FROM THE SERVICING DEALER, THEN STORAGE OF MY RV AT THE DEALERSHIP PRIOR TO COMPLETION OF REPAIRS SHALL BE DEEMED VOLUNTARY ON MY PART.

SIGNED_____DATE_____

---

*[handwritten top]* CV-POOS INN RU Toms River
732 370-1022



LOT LOCATION:
CUSTOMER #: 57705                    **25887**

**ROUTE 130**
CHRYSLER DODGE JEEP RAM

1153 ROUTE 130
ROBBINSVILLE, NJ 08691
PHONE: 609-686-2200

*INVOICE*

MICHAEL MARLIN
8354 SE SANDY LN
HOBE SOUND, FL 334554520          PAGE 1          CHRYSLER  DODGE  Jeep  RAM
HOME:561-768-2826 CONT:561-768-2826
BUS:            CELL:                SERVICE ADVISOR: 654 ROBERT CROUX

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
|  | 21 | RAM TRUCK PROMASTER | 3C6LRVBG0ME552757 |  | 7045/7046 | T1080 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 09NOV21 DD |  |  | WAIT 31MAY22 |  | 155.00 | CASH | 31MAY22 |

| R.O. OPENED | READY | OPTIONS: ENG:3.6_Liter |
|-------------|-------|------------------------|
| 07:40 31MAY22 | 10:56 31MAY22 |  |

|  |  | LIST | NET | TOTAL |

LINE OPCODE TECH TYPE HOURS
A General Concern #1 [ALL LIGHTS CAME ON, NO BACK UP CAMERA.]
    MISC TECH RECOMMENDS TO TAKE VEHICLE BACK TO
    COMPANY THAT INSTALLED RADIO                                    (N/C)
       9695    ISP                                                  0.00
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE A:
7045 tps After tire pressure sensor calibration ESC/ ABS/ TPS
lights went away from dash board. Back up cam issue are caused by
improper installment of after market radio costumer will need to bring
van back to tech for trouble shooting issues. updated all systems
*********************************************
B FRONT SCREEN WENT OFF CHECK AND ADVISE
    MISC SEE LINE A                                                 (N/C)
       9695    ISP                                                  0.00
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE B:
7045 After market installment Customer will need to bring van back
to tech that installed after market radio for trouble shooting issue.
updated all system. checked fuses, relays, wiring harness, all ok at
this time.
*******************************************
C TIRE PRESSURE SENSORS REAR WRONG TIRE PRESSURES
CAUSE: W
    0891PPK4 TPMS SYSTEM UPDATE                                     (N/C)
       9695    W
    FC: PART#: COUNT:        *[handwritten]* exit 38 A
    CLAIM TYPE: W                         Duke St
    AUTH CODE:

                                         TOTAL LINE C:             0.00
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00
7045 tps Adjusted tire pressure for all four tires/calibrated tire
pressure sensors, light still on. checked ground connections G001AA had
corrosion cleaned and properly connected, also Connector No: 194A
corrosion on pin four cleaned and now has proper connection

| Original Estimate (Parts & Labor) | Authorized/Requested Add'l Repairs | Approved By: | Date & Time | Telephone # Called |
|---|---|---|---|---|
| $ | $ |  |  |  |
| Revised Estimate | $ |  |  |  |
| $ |  |  |  |  |

**SHOP SUPPLY COSTS:** We have added a charge equal to 7% of the total cost of labor and parts, not to exceed $10.00, to the Repair Order for shop supplies used in connection with this repair.

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT |  |
| PARTS AMOUNT |  |
| GAS, OIL, LUBE |  |
| SUBLET AMOUNT |  |
| *MISC. CHARGES |  |
| TOTAL CHARGES |  |
| LESS INSURANCE |  |
| SALES TAX |  |
| PLEASE PAY THIS AMOUNT |  |

WARRANTY STATEMENT AND DISCLAIMER: PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.
By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

DATE          CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

*Thank You!*

DealerCAP  2014 CDK Global, LLC  (07/17) SERVICE INVOICE TYPE 2 - SIZC - "LIMITED WARRANTY" - NJ - 9698037    CUSTOMER COPY

LOT LOCATION:
CUSTOMER #: 57705

**25887**

**ROUTE 130**
CHRYSLER DODGE JEEP RAM

*INVOICE*

1153 ROUTE 130
ROBBINSVILLE, NJ 08691
PHONE: 609-686-2200

MICHAEL MARLIN
8354 SE SANDY LN
HOBE SOUND, FL 334554520
HOME:561-768-2826 CONT:561-768-2826
BUS:          CELL:

PAGE 2

CHRYSLER  DODGE  Jeep  RAM

SERVICE ADVISOR: 654 ROBERT CROUX

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| | 21 | RAM TRUCK PROMASTER | | 3C6LRVBG0ME552757 | | 7045/7046 | T1080 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 09NOV21 DD | | | WAIT 31MAY22 | | 155.00 | CASH | 31MAY22 |

| R.O. OPENED | READY | OPTIONS: ENG:3.6_Liter |
|---|---|---|
| 07:40 31MAY22 | 10:56 31MAY22 | |

| | | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|

LINE OPCODE TECH TYPE HOURS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ESTIMATE: 140.81            31MAY22 07:40 SA: 654
   CONTACT:
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ESTIMATE: 150.00            31MAY22 07:40 SA: 654
   CONTACT:
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THANK YOU FOR SERVICING AT THE ALL NEW
ROUTE 130 CHRYSLER DODGE JEEP RAM

15% OFF GENUINE MOPAR ACCESSORIES

| Original Estimate (Parts & Labor) | Authorized/Requested Add'l Repairs | Approved By | Date & Time | Telephone # Called |
|---|---|---|---|---|
| $ | $ | | | |
| Revised Estimate | | | | |
| $ | $ | | | |

**\*SHOP SUPPLY COSTS:** We have added a charge equal to 7% of the total cost of labor and parts, not to exceed $10.00, to the Repair Order for shop supplies used in connection with this repair.

**WARRANTY STATEMENT AND DISCLAIMER: PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.** By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

ALL PARTS ARE NEW
UNLESS OTHERWISE
INDICATED.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| *MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

DATE          CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

*Thank You!*

DealerCAP  2014 CDK Global, LLC  (07/17) SERVICE INVOICE TYPE 2 - SI2C - "LIMITED WARRANTY" - NJ - 9698037   **CUSTOMER COPY**



**Arrigo Chrysler Dodge Jeep
Ram of West Palm Beach**
6500 Okeechobee Blvd.
West Palm Beach, FL 33411
PH. (561) 282-1545

CELL: 561-768-2826

| CUSTOMER NO. 173457 | ADVISOR ALEXANDER BONO 165812 | TAG NO. 66 | INVOICE DATE 08/10/22 | INVOICE NO. CHCS78402 |
|---|---|---|---|---|

| | LABOR RATE | LICENSE NO. | MILEAGE 10,568 | COLOR BRIGHT SILV | STOCK NO. |
|---|---|---|---|---|---|

MICHAEL MARLIN
8354 SE SANDY LN
HOBE SOUND, FL 33455-4520

michaelmarlin730@gmail.com

| YEAR / MAKE / MODEL 21/DODGE TRUCK/PROMASTER CARGO/PROMA | | DELIVERY DATE | DELIVERY MILES |
|---|---|---|---|

| VEHICLE I.D. NO. 3 C 6 L R V B G 0 M E 5 5 2 7 5 7 | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|

| F.T.E. NO. | P.O. NO. | R.O. DATE 08/09/22 |
|---|---|---|

| RESIDENCE PHONE 561-768-2826 | BUSINESS PHONE | COMMENTS | MO: 10572 |
|---|---|---|---|

TOTALS----

```
*******************************************
*                                         *
* [ ] CASH   [ ] CHECK   CK NO. [      ]  *
*                                         *
* [ ] VISA   [ ] MASTERCARD  [ ] DISCOVER *
*                                         *
* [ ] AMER XPRESS    [ ] OTHER   [ ] CHARGE *
*                                         *
*******************************************
```

| | |
|---|---|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

OTHER SUPPLY CHARGES REPRESENT COST AND
PROFITS TO THE MOTOR VEHICLE REPAIR FACILITY
FOR ITEMS SUCH AS MISCELLANEOUS SHOP SUPPLIES
AND/OR WASTE DISPOSAL.
     MV-
     ****THANK YOU FOR YOUR BUSINESS****

_____
     CUSTOMER SIGNATURE
***************************    D U P L I C A T E   I N V O I C E    ***************************

**Service Guarantee**
We guarantee our parts and
labor for 1 year or 12,000 miles.
All parts are new or factory
remanufactured unless other-
wise indicated.

*U/Used R/Rebuilt RC/Reconditioned
NC/No Chg/Warranty RD Reduced/Warranty

**Miscellaneous Shop Supplies and
Hazardous Waste Disposal Charges**
This charge represents costs and pro-
fits to the motor vehicle repair facility
for miscellaneous shop supplies or
waste disposal. F/S 559.905(1)(h)

**Tire and Battery Fee**
The State of Florida requires a $1.00
fee to be collected for each new tire
sold in the state [s.403.718], and a
$1.50 fee to be collected for each
new or remanufactured battery sold
in the state [s.403.7185].

☑ You also authorize us to contact you
in writing, by e-mail, or using
prerecorded/artificial voice messages,
text messages, and automatic
telephone dialing systems, as the law
allows. You also agree that we may try
to contact you in these and other ways
at any address or telephone number
you provide us, even if the telephone
number is a cell phone number or the
contact results in a charge to you. You
are not required to provide this
authorization as a condition of
purchasing any goods or services.

X _____
         CUSTOMER SIGNATURE

BY SIGNING YOU AGREE TO ALL TERMS AND
CONDITIONS ON BOTH SIDES OF THIS
DOCUMENT.

SF710950 Q (09/20)

©2011 The Reynolds and Reynolds Company  ERANTS14E  CC742056 Q (03/19)

FADA

CHRYSLER    Jeep
DODGE    RAM

**Arrigo Chrysler Dodge Jeep**
**Ram of West Palm Beach**
6500 Okeechobee Blvd.
West Palm Beach, FL 33411
PH. (561) 282-1545

CELL: 561-768-2826

| CUSTOMER NO. 173457 | ADVISOR ALEXANDER BONO    165812 | TAG NO. 66 | INVOICE DATE 08/10/22 | INVOICE NO. CHCS78402 |
|---|---|---|---|---|

MICHAEL MARLIN
8354 SE SANDY LN
HOBE SOUND, FL 33455-4520

michaelmarlin730@gmail.com

| LABOR RATE | LICENSE NO. | MILEAGE 10,568 | COLOR BRIGHT SILV | STOCK NO. |
|---|---|---|---|---|

YEAR / MAKE / MODEL
21/DODGE TRUCK/PROMASTER CARGO/PROMA

| DELIVERY DATE | DELIVERY MILES |

VEHICLE I.D. NO.
3 C 6 L R V B G 0 M E 5 5 2 7 5 7

| SELLING DEALER NO. | PRODUCTION DATE |

| F. T. E. NO. | P. O. NO. | R.O. DATE 08/09/22 |

| RESIDENCE PHONE 561-768-2826 | BUSINESS PHONE | COMMENTS | MO: 10572 |

JOB# 1 CHARGES------------------------------
LABOR-------------------------------------------
J# 1 96CHZ    BODY REPAIR    TECH(S):7324    0.00
    WIRE THAT PLUGS INTO THE COMPUTER IS HANGING DOWN (General C
    oncern 1)
    found another aftermarket obd2 port installed . only has two
    wires. tucked harness and port behind the center console/
    radio area.

JOB# 1 TOTALS--------------------------------

                JOB# 1 JOURNAL PREFIX CHCS JOB# 1 TOTAL    0.00

JOB# 2 CHARGES------------------------------
LABOR-------------------------------------------
J# 2 46CHZ01    WHEEL/TIRE CONCERN    TECH(S):7324    WARRANTY
    TIRE PRESSURE LIGHT IS ON (TiresWheels Concern) TIRE
    PRESSURE ON RIGHT SIDE INTERMITALY SWITCHES POSITIONS FRONT
    AND REAR WHEN TPMS LIGHT COMES ON, THE RIGHT SIDE FRONT AND
    REAR READING SWITCH
    tpms light on
    reconfigured the vehicle. proxy aligned all modules except
    for the etm due to an after market radio. as of now. the
    vehicle is reading all modules and sensors correctly.

JOB# 2 TOTALS--------------------------------

                JOB# 2 JOURNAL PREFIX CHCS JOB# 2 TOTAL    0.00

JOB# 3 CHARGES------------------------------
LABOR-------------------------------------------
J# 3 00CHZ04    *MULTI-POINT INSP.    TECH(S):7324    0.00
    PERFORM COMPLETE MULTI-POINT INSPECTION
    Multi-Point Inspection All

JOB# 3 TOTALS--------------------------------

                JOB# 3 JOURNAL PREFIX CHCS JOB# 3 TOTAL    0.00

Service Guarantee
We guarantee our parts and
labor for 1 year or 12,000 miles.
All parts are new or factory
remanufactured unless other-
wise indicated.

*U/Used R/Rebuilt RC/Reconditioned
NC/No Chg/Warranty RD Reduced/Warranty

Miscellaneous Shop Supplies and
Hazardous Waste Disposal Charges
This charge represents costs and pro-
fits to the motor vehicle repair facility
for miscellaneous shop supplies or
waste disposal. F/S 559.905(1)(h)

Tire and Battery Fee
The State of Florida requires a $1.00
fee to be collected for each new tire
sold in the state [s.403.718], and a
$1.50 fee to be collected for each
new or remanufactured battery sold
in the state [s.403.7185].

☑ You also authorize us to contact you
in writing, by e-mail, or using
prerecorded/artificial voice messages,
text messages, and automatic
telephone dialing systems, as the law
allows. You also agree that we may try
to contact you in these and other ways
at any address or telephone number
you provide us, even if the telephone
number is a cell phone number or the
contact results in a charge to you. You
are not required to provide this
authorization as a condition of
purchasing any goods or services.

X _____
        CUSTOMER SIGNATURE

BY SIGNING YOU AGREE TO ALL TERMS AND
CONDITIONS ON BOTH SIDES OF THIS
DOCUMENT.

©2011 The Reynolds and Reynolds Company  ERPARTSHE  CC742056 Q  (03/19)

SF710950 Q  (09/20)



**Arrigo Chrysler Dodge Jeep**
**Ram of West Palm Beach**
6500 Okeechobee Blvd.
West Palm Beach, FL 33411
PH. (561) 282-1545

CELL: 561-768-2826

| CUSTOMER NO. | | ADVISOR | | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 173457 | | JOE NOTGARNIE    165434 | | A221 | 04/05/22 | CHCS64358 |

MICHAEL MARLIN
8354 SE SANDY LN
HOBE SOUND, FL 33455-4520

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 4,092 | BRIGHT SILV | |

| YEAR / MAKE / MODEL | | DELIVERY DATE | DELIVERY MILES |
|---|---|---|---|
| 21/DODGE TRUCK/PROMASTER CARGO/PROMA | | | |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| 3 C 6 L R V B G 0 M E 5 5 2 7 5 7 | | |

michaelmarlin730@gmail.com

| P.T.E. NO. | P.O. NO. | R.O. DATE |
|---|---|---|
| | | 03/28/22 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| 561-768-2826 | | |

MO: 4093

JOB# 3 TOTALS--------------------------------------------

JOB# 3 JOURNAL PREFIX CHCS  JOB# 3 TOTAL        0.00

TOTALS-------------------------------------------------

```
****************************************
*                                      *
* [ ] CASH    [ ] CHECK   CK NO. [    ] *
*                                      *
* [ ] VISA   [ ] MASTERCARD  [ ] DISCOVER *
*                                      *
* [ ] AMER XPRESS    [ ] OTHER   [ ] CHARGE *
*                                      *
****************************************
```

| | |
|---|---|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

OTHER SUPPLY CHARGES REPRESENT COST AND
PROFITS TO THE MOTOR VEHICLE REPAIR FACILITY
FOR ITEMS SUCH AS MISCELLANEOUS SHOP SUPPLIES
AND/OR WASTE DISPOSAL.
  MV-
  ****THANK YOU FOR YOUR BUSINESS****

_____
  CUSTOMER SIGNATURE
**************************** D U P L I C A T E   I N V O I C E **************************

Service Guarantee
We guarantee our parts and labor for 1 year or 12,000 miles. All parts are new or factory remanufactured unless otherwise indicated.

*U/Used R/Rebuilt RC/Reconditioned NC/No Chg/Warranty RD Reduced/Warranty

Miscellaneous Shop Supplies and Hazardous Waste Disposal Charges
This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal. F/S 559.905(1)(h)

Tire and Battery Fee
The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718], and a $1.50 fee to be collected for each new or remanufactured battery sold in the state [s.403.7185].

☑ You also authorize us to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You are not required to provide this authorization as a condition of purchasing any goods or services.

X _____
          CUSTOMER SIGNATURE

BY SIGNING YOU AGREE TO ALL TERMS AND CONDITIONS ON BOTH SIDES OF THIS DOCUMENT.

©2011 The Reynolds and Reynolds Company  ERANT8/1H-E  CC7420S6 Q  (03/19)

FADA

SF710950 Q (09/20)

CHRYSLER   **Jeep**   DODGE   RAM

**Arrigo Chrysler Dodge Jeep
Ram of West Palm Beach**
6500 Okeechobee Blvd.
West Palm Beach, FL 33411
PH. (561) 282-1545

CELL: 561-768-2826

| CUSTOMER NO. 173457 | | ADVISOR JOE NOTGARNIE  165434 | TAG NO. A221 | INVOICE DATE 04/05/22 | INVOICE NO. CHCS64358 |
|---|---|---|---|---|---|

MICHAEL MARLIN
8354 SE SANDY LN
HOBE SOUND, FL 33455-4520

michaelmarlin730@gmail.com

| LABOR RATE | LICENSE NO. | MILEAGE 4,092 | COLOR BRIGHT SILV | STOCK NO. |
|---|---|---|---|---|
| YEAR / MAKE / MODEL 21/DODGE TRUCK/PROMASTER CARGO/PROMA | | | DELIVERY DATE | DELIVERY MILES |
| VEHICLE I.D. NO. 3 C 6 L R V B G 0 M E 5 5 2 7 5 7 | | | SELLING DEALER NO. | PRODUCTION DATE |
| F.T.E. NO. | | P.O. NO. | R.O. DATE 03/28/22 | |

RESIDENCE PHONE 561-768-2826     BUSINESS PHONE     COMMENTS

MO: 4093

JOB# 1 CHARGES----------------------------------------------------------
LABOR--------------------------------------------------------------------
J# 1 96CHZ          BODY REPAIR                    TECH(S):161968          WARRANTY
POWER STEERING LEAK (General Concern 1)
power steering leak
technician lifted vehicle and found power steering fluid
covering cradle, technician turned wheel back and forth in
order to find fluid leak, verified customer concern found
power steering fluid leaking from power steering high
pressure line from
pump to rack, technician removed and replaced power steering
line, bled system and verified leak no longer present and
vehicle operating as designed, no further action required at
this time. recommend customer go to underbody car wash to
clean all residual oil from leak, technician cleaned oil
with garden hose however may still have residual oil on
cradle

PARTS------QTY----FP-NUMBER-------------DESCRIPTION------------UNIT PRICE--
          1    68167921-AD      LINE POWE 19058007                WARRANTY
          2    68096915-AA      GASKET RI 19015019                WARRANTY
          3    68088485-AB      FLUID POW 01081032                WARRANTY
                                            TOTAL - PARTS        0.00

MISC------CODE----DESCRIPTION-----------------CONTROL NO--------
          DIS1  LABOR $ DISCOUNT                              WARRANTY
                                            TOTAL - MISC         0.00

JOB# 1 TOTALS------------------------------------------------------
                        JOB# 1 JOURNAL PREFIX CHCS  JOB# 1 TOTAL        0.00
JOB# 2 CHARGES----------------------------------------------------------
LABOR--------------------------------------------------------------------
J# 2 00CHZZ98       *RENTAL                       TECH(S):161968          WARRANTY
          CUSTOMER IN RENTAL VEHICLE.
          rental
          rental

SUBLET-----PO#-------VEND INV#-INV.DATE-DESCRIPTION---------------------
          26849      6OMLRM  04/04/22 RENTAL                     WARRANTY
                                            TOTAL - SUBLET       0.00

JOB# 2 TOTALS------------------------------------------------------
                        JOB# 2 JOURNAL PREFIX CHCS  JOB# 2 TOTAL        0.00
JOB# 3 CHARGES----------------------------------------------------------
LABOR--------------------------------------------------------------------
J# 3 00CHZ04        *MULTI-POINT INSP.            TECH(S):161968
PERFORM COMPLETE MULTI-POINT INSPECTION
Multi-Point Inspection All

**Service Guarantee**
We guarantee our parts and labor for 1 year or 12,000 miles. All parts are new or factory remanufactured unless otherwise indicated.

*U/Used R/Rebuilt RC/Reconditioned NC/No Chg/Warranty RD Reduced/Warranty

**Miscellaneous Shop Supplies and Hazardous Waste Disposal Charges**
This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal. F/S 559.905(1)(h)

**Tire and Battery Fee**
The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718], and a $1.50 fee to be collected for each new or remanufactured battery sold in the state [s.403.7185].

☑ You also authorize us to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You are not required to provide this authorization as a condition of purchasing any goods or services.

X _____
CUSTOMER SIGNATURE

BY SIGNING YOU AGREE TO ALL TERMS AND CONDITIONS ON BOTH SIDES OF THIS DOCUMENT.

PAGE 1 OF 2          CUSTOMER COPY          [CONTINUED ON NEXT PAGE]     12:35pm

SF710950 Q  (09/20)



**LA MESA**

| | | | | |
|---|---|---|---|---|
| SAN DIEGO, CA (858) 874-8000 | DAVIS, CA (530) 747-8400 | FORT MYERS, FL (239) 271-3350 | SANFORD, FL (407) 710-4800 | PORT ST. LUCIE, FL (772) 293-6750 |
| PHOENIX, AZ (623) 295-3000 | MESA, AZ (480) 615-5000 | TUCSON, AZ (520) 807-7200 | DAVIE, FL (772) 293-6750 | ALBUQUERQUE, NM (505) 717-3900 |

CELL: 561-768-2826

| CUSTOMER NO. 929720 | ADVISOR KELLY BERGEN 622617 | TAG NO. B585 | INVOICE DATE 07/25/22 | INVOICE NO. ZPCS317382 |
|---|---|---|---|---|

MICHAEL JEFFREY MARLIN
11718 S FEDERAL HWY
SUITE 325
HOBE SOUND, FL 33455

MICHAELMARLIN730@GMAIL.COM

| LABOR RATE 199.00 | LICENSE NO. | MILEAGE 10,050 | COLOR SILVER/CRIS | STOCK NO. PT166814 |
|---|---|---|---|---|
| YEAR / MAKE / MODEL 22/THOR MOTOR COACH/18M/MHB RIZE | | DELIVERY DATE 01/31/22 | DELIVERY MILES 2,210 | |
| VEHICLE I.D. NO. 3C6LRVBG0ME552757 | | SELLING DEALER NO. PSL LMRV | PRODUCTION DATE 10/01/21 | |
| F.T.E. NO. | P.O. NO. | R.O. DATE 07/25/22 | | |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS E# BRLO18M0006097 | MO: 10050 |
|---|---|---|---|

```
LABOR & PARTS------------------------------------------------------      WARRANTY
J# 1 54ZZZ         ACCESSORIES              TECH(S):622611
        CUSTOMER STATES THE LOCKING MECHANISM IS BROKEN ON THE BIKE
        RACK SPO#665293
        BIKE RACK ONLY CAME WITH ONE KEY NOT FOR BOTH
        INSTALLED BIKE LOCK HAS IT OWN SEPARATE KEY

PARTS------QTY---FP-NUMBER------------DESCRIPTION-----------------UNIT PRICE-     WARRANTY
JOB # 1     1    0512748              WHEEL LOCK                                   0.00
                                              JOB #  1 TOTAL PARTS                 0.00

                                     JOB #  1 TOTAL LABOR & PARTS                 0.00
--------------------------------------------------------------------------------
J# 2 14ZZZ         STORAGE                  TECH(S):622611                   INTERNAL
        CLIENT AGREES TO PAY STORAGE CHARGES OF $50.00 PER DAY FOR
        EACH 24 HOUR PERIOD AFTER 72 HOURS OF BEING NOTIFIED OF
        COMPLETION OF REPAIRS BY LA MESA RV CENTER PERSONNEL.
        NOTIFIED CUSTOMER

PARTS------QTY---FP-NUMBER------------DESCRIPTION-----------------UNIT PRICE-
                                              JOB #  2 TOTAL PARTS                 0.00

                                     JOB #  2 TOTAL LABOR & PARTS                 0.00
--------------------------------------------------------------------------------
J# 3 92ZZZ         RECALL                   TECH(S):622611                   WARRANTY
        CUSTOMER STATES HE HAS A RECALL 22V-300 ON QUICK CONNECT LP

PARTS------QTY---FP-NUMBER------------DESCRIPTION-----------------UNIT PRICE-
                                              JOB #  3 TOTAL PARTS                 0.00

                                     JOB #  3 TOTAL LABOR & PARTS                 0.00
--------------------------------------------------------------------------------
G.O.G. & SUPPLIES---------------------------------------------------     WARRANTY
JOB # 1            FREIGHT & CRATING              TOTAL - GOG                      0.00

COMMENTS-----------------------------------------------------------------
Customer will be coming in for bike lock SPO#665293 to be installed
b.p
```

CUSTOMER COPY          [CONTINUED ON NEXT PAGE]     07:18am

The Reynolds and Reynolds Company  ERAINTINV6
Rev. 03/22  Re-order Agencyink@cox.net



| | | | |
|---|---|---|---|
| **SAN DIEGO, CA** (858) 874-8000 | **DAVIS, CA** (530) 747-8400 | **FORT MYERS, FL** (239) 271-3350 | **SANFORD, FL** (407) 710-4800 | **PORT ST. LUCIE, FL** (772) 293-6750 |
| **PHOENIX, AZ** (623) 295-3000 | **MESA, AZ** (480) 615-5000 | **TUCSON, AZ** (520) 807-7200 | **DAVIE, FL** (772) 293-6750 | **ALBUQUERQUE, NM** (505) 717-3900 |

CELL: 561-768-2826

| CUSTOMER NO. **929720** | ADVISOR **KELLY BERGEN** 622617 | TAG NO. **B585** | INVOICE DATE **07/25/22** | INVOICE NO. **ZPCS317382** |
|---|---|---|---|---|
| | LABOR RATE **199.00** | LICENSE NO. | MILEAGE **10,050** | COLOR **SILVER/CRIS** | STOCK NO. **PT166814** |

MICHAEL JEFFREY MARLIN
11718 S FEDERAL HWY
SUITE 325
HOBE SOUND, FL 33455

MICHAELMARLIN730@GMAIL.COM

| YEAR / MAKE / MODEL **22/THOR MOTOR COACH/18M/MHB RIZE** | DELIVERY DATE **01/31/22** | DELIVERY MILES **2,210** |
|---|---|---|
| VEHICLE I.D. NO. **3 C 6 L R V B G 0 M E 5 5 2 7 5 7** | SELLING DEALER NO. **PSL LMRV** | PRODUCTION DATE **10/01/21** |
| F. T. E. NO. | P.O. NO. | R. O. DATE **07/25/22** |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS **E# BRLO18MO006097** | **MO: 10050** |
|---|---|---|---|

TOTALS----------------------------------------------------------------

```
****************************************************************
* NEXT RECOMMENDED SERVICE:                                   *
* 02/20/2023 /  19547 MI O7ZZZ-ANCOACH  ANNUAL COACH SERVICE  *
****************************************************************
```

| | | |
|---|---|---|
| ****** Our Goal ****** | TOTAL LABOR.... | 0.00 |
| " No Unhappy Customers " | TOTAL PARTS.... | 0.00 |
| Did we achieve our goal ? | TOTAL SUBLET... | 0.00 |
| Please let me know, Clay Becton Service Mgr.  772-293-6745 | TOTAL G.O.G.... | 0.00 |
| | TOTAL MISC CHG. | 0.00 |
| Date vehicle dropped off: | TOTAL MISC DISC | 0.00 |
| Date off appointment: | TOTAL TAX...... | 0.00 |
| Repair completion date: | | -------- |
| Notified of Completion  Date: | **TOTAL INVOICE $** | **0.00** |
| Date Released: | | |

I/we the undersigned acknowledge the forgoing as factual and
I/we hereby acknowledge receipt of completed copy.


_____

    CUSTOMER SIGNATURE

The Reynolds and Reynolds Company  ERAINTINVE
Rev. 03/22  Re-order Agencyink@cox.net



| SAN DIEGO, CA | DAVIS, CA | FORT MYERS, FL | SANFORD, FL | PORT ST. LUCIE, FL |
|---|---|---|---|---|
| (858) 874-8000 | (530) 747-8400 | (239) 271-3350 | (407) 710-4800 | (772) 293-6750 |
| **PHOENIX, AZ** | **MESA, AZ** | **TUCSON, AZ** | **DAVIE, FL** | **ALBUQUERQUE, NM** |
| (623) 295-3000 | (480) 615-5000 | (520) 807-7200 | (772) 293-6750 | (505) 717-3900 |

CELL: 561-768-2826

| CUSTOMER NO. 929720 | ADVISOR KELLY BERGEN    622617 | TAG NO. b510 | INVOICE DATE 07/01/22 | INVOICE NO. ZPCS313833 |
|---|---|---|---|---|

| MICHAEL JEFFREY MARLIN | LABOR RATE 199.00 | LICENSE NO. | MILEAGE 9,602 | COLOR SILVER/CRIS | STOCK NO. PT166814 |
|---|---|---|---|---|---|

11718 S FEDERAL HWY
SUITE 325
HOBE SOUND, FL 33455

| | YEAR / MAKE / MODEL 22/THOR MOTOR COACH/18M/MHB RIZE | | DELIVERY DATE 01/31/22 | DELIVERY MILES 2,210 |
|---|---|---|---|---|

MICHAELMARLIN730@GMAIL.COM

| | VEHICLE I.D. NO. 3 C 6 L R V B G 0 M E 5 5 2 7 5 7 | | SELLING DEALER NO. PSL LMRV | PRODUCTION DATE 10/01/21 |
|---|---|---|---|---|

| | F.T.E. NO. | P.O. NO. | R.O. DATE 07/01/22 |
|---|---|---|---|

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS E# BRL018M0006097 | MO: 9602 |
|---|---|---|---|

```
LABOR & PARTS--------------------------------------------------------
J# 1 27ZZZ-RAD     RADIO              TECH(S):622611        WARRANTY
     CUSTOMER STATES THE RADIO IS NOT WORKING NOR THE BACKUP
     CAMERA AND MILEAGES IS FLASHING
     maestro box needs to be reset
     PULLED RADIO FROM DASHBOARD -REMOVED POWER WIRES TO MAESTRO
     CONNECTOR BOX AND RECONNECT TO RESET

PARTS------QTY---FP-NUMBER-------------DESCRIPTION----------------UNIT PRICE-
                                       JOB #  1 TOTAL PARTS              0.00

                                       JOB #  1 TOTAL LABOR & PARTS      0.00
--------------------------------------------------------------------
J# 2 54ZZZ          ACCESSORIES        TECH(S):622611        WARRANTY
     CUSTOMER STATES THE LOCKING MECHANISM IS BROKEN ON THE BIKE
     RACK SPO# PART IS HERE
     BIKE RACK LOCK
     INSTALLED BIKE RACK LOCK

PARTS------QTY---FP-NUMBER-------------DESCRIPTION----------------UNIT PRICE-
JOB # 2     1    0512748               WHEEL LOCK            WARRANTY
                                       JOB #  2 TOTAL PARTS              0.00

                                       JOB #  2 TOTAL LABOR & PARTS      0.00
--------------------------------------------------------------------
J# 3 14ZZZ          STORAGE            TECH(S):622611        WARRANTY
     CLIENT AGREES TO PAY STORAGE CHARGES OF $50.00 PER DAY FOR
     EACH 24 HOUR PERIOD AFTER 72 HOURS OF BEING NOTIFIED OF
     COMPLETION OF REPAIRS BY LA MESA RV CENTER PERSONNEL.
     NOTIFIED CUSTOMER

PARTS------QTY---FP-NUMBER-------------DESCRIPTION----------------UNIT PRICE-
JOB # 3     1    0479116               BRACKET POST          WARRANTY
                                       JOB #  3 TOTAL PARTS              0.00

                                       JOB #  3 TOTAL LABOR & PARTS      0.00
--------------------------------------------------------------------
J# 4 01ZZW/F     GAS GEN OIL W/F       TECH(S):622798          140.00
     CUSTOMER REQUESTS GENERATOR OIL CHANGE SERVICE (W/FILTER)
     INCLUDES USING PREMIUM OIL, INSPECT AIR FILTER, AND VISUALLY
     INSPECT FOR LEAKS AND CHECK 110 VAC OUTPUT
     PERFORMED GENERATOR OIL CHANGE

PARTS------QTY---FP-NUMBER-------------DESCRIPTION----------------UNIT PRICE-
                                       JOB #  4 TOTAL PARTS              0.00

                                       JOB #  4 TOTAL LABOR & PARTS    140.00
--------------------------------------------------------------------
J# 5 14ZZZ-PSLFORM  WRITTEN EST REQUEST  TECH(S):622611          0.00
```

*(handwritten, right margin)* Gen Hours After Service 362.1

The Reynolds and Reynolds Company  ERAINTINVE
Rev. 03/22  Re-order Agencyink@cox.net



| | | | | | |
|---|---|---|---|---|---|
| **SAN DIEGO, CA** (858) 874-8000 | **DAVIS, CA** (530) 747-8400 | **FORT MYERS, FL** (239) 271-3350 | **SANFORD, FL** (407) 710-4800 | **PORT ST. LUCIE, FL** (772) 293-6750 | |
| **PHOENIX, AZ** (623) 295-3000 | **MESA, AZ** (480) 615-5000 | **TUCSON, AZ** (520) 807-7200 | **DAVIE, FL** (772) 293-6750 | **ALBUQUERQUE, NM** (505) 717-3900 | |

CELL: 561-768-2826

| CUSTOMER NO. 929720 | ADVISOR KELLY BERGEN 622617 | TAG NO. b510 | INVOICE DATE 07/01/22 | INVOICE NO. ZPCS313833 |
|---|---|---|---|---|
| MICHAEL JEFFREY MARLIN | LABOR RATE 199.00 | LICENSE NO. | MILEAGE 9,602 | COLOR SILVER/CRIS | STOCK NO. PT166814 |

MICHAEL JEFFREY MARLIN
11718 S FEDERAL HWY
SUITE 325
HOBE SOUND, FL 33455

MICHAELMARLIN730@GMAIL.COM

| YEAR / MAKE / MODEL 22/THOR MOTOR COACH/18M/MHB RIZE | DELIVERY DATE 01/31/22 | DELIVERY MILES 2,210 |
|---|---|---|
| VEHICLE I.D. NO. 3 C 6 L R V B G 0 M E 5 5 2 7 5 7 | SELLING DEALER NO. PSL LMRV | PRODUCTION DATE 10/01/21 |
| F.T.E. NO. | P.O. NO. | R.O. DATE 07/01/22 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS E# BRL018M0006097 | MO: 9602 |
|---|---|---|---|

```
                    FLORIDA REGISTRATION MV:89143
                    PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW AND
                    SIGN. I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A
                    WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.
                    a).....I REQUEST A WRITTEN ESTIMATE.
                    b).....I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE
                    REPAIR COSTS DO NOT EXCEED$........................
                    THE SHOP MAY NOT EXCEED WITHOUT MY WRITTEN OR ORAL APPROVAL.
                    c).....I DO NOT REQUEST A WRITTEN ESTIMATE.
                    SIGNED...........................................DATE......

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-----------------UNIT PRICE-
                                                    JOB #  5 TOTAL PARTS        0.00

                                            JOB #  5 TOTAL LABOR & PARTS        0.00
--------------------------------------------------------------------------------
J# 6+29ZZZ        KITCHEN AREA              TECH(S):622611          WARRANTY
                  CUSTOMER STATES THE TABLE BRACKET
                  TABLE NEEDED BRACKET
                  INSTALLED TABLE BRACKET

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-----------------UNIT PRICE-
                                                    JOB #  6 TOTAL PARTS        0.00

                                            JOB #  6 TOTAL LABOR & PARTS        0.00
--------------------------------------------------------------------------------
G.O.G. & SUPPLIES--------------------------------------------------------------
JOB # 2          STANDARD FRIEGHT                              WARRANTY
JOB # 3          STANDARD FRIEGHT                              WARRANTY
JOB # 4   1.0  15W/40 OIL (QT)       @      4.760   /UNIT               4.76
                                                    TOTAL - GOG        4.76

MISC------CODE--------DESCRIPTION-----------------------------CONTROL NO--------
JOB # A          SSC  SHOP MATERIALS                                   21.00
                                                    TOTAL - MISC      21.00

COMMENTS-----------------------------------------------------------------------
Customer apt for tomorrow with Kelly Bergen b.p 6/30/22
```

The Reynolds and Reynolds Company  ERAINTINVE
Rev. 03/22  Re-order Agencyink@cox.net



**SAN DIEGO, CA** (858) 874-8000  **DAVIS, CA** (530) 747-8400  **FORT MYERS, FL** (239) 271-3350  **SANFORD, FL** (407) 710-4800  **PORT ST. LUCIE, FL** (772) 293-6750

**PHOENIX, AZ** (623) 295-3000  **MESA, AZ** (480) 615-5000  **TUCSON, AZ** (520) 807-7200  **DAVIE, FL** (772) 293-6750  **ALBUQUERQUE, NM** (505) 717-3900

CELL: 561-768-2826

| CUSTOMER NO. 929720 | ADVISOR KELLY BERGEN 622617 | TAG NO. b510 | INVOICE DATE 07/01/22 | INVOICE NO. ZPCS313833 |
|---|---|---|---|---|

MICHAEL JEFFREY MARLIN
11718 S FEDERAL HWY
SUITE 325
HOBE SOUND, FL 33455

MICHAELMARLIN730@GMAIL.COM

| LABOR RATE 199.00 | LICENSE NO. | MILEAGE 9,602 | COLOR SILVER/CRIS | STOCK NO. PT166814 |
|---|---|---|---|---|
| YEAR / MAKE / MODEL 22/THOR MOTOR COACH/18M/MHB RIZE | | DELIVERY DATE 01/31/22 | DELIVERY MILES 2,210 |
| VEHICLE I.D. NO. 3 C 6 L R V B G 0 M E 5 5 2 7 5 7 | | SELLING DEALER NO. PSL LMRV | PRODUCTION DATE 10/01/21 |
| F. T. E. NO. | P.O. NO. | R. O. DATE 07/01/22 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS E# BRL018M0006097 | MO: 9602 |
|---|---|---|---|

TOTALS--------------------------------------------------------------------

```
**************************************************
* NEXT RECOMMENDED SERVICE:                     *
* 03/03/2023 / 21497 MI O7ZZZ-ANCOACH  ANNUAL COACH SERVICE  *
**************************************************
```

```
       ****** Our Goal ******        TOTAL LABOR....   140.00
        " No Unhappy Customers "      TOTAL PARTS....     0.00
         Did we achieve our goal ?   TOTAL SUBLET...     0.00
Please let me know, Clay Becton Service Mgr.  772-293-6745   TOTAL G.O.G....     4.76
                                     TOTAL MISC CHG.    21.00
Date vehicle dropped off:            TOTAL MISC DISC     0.00
Date off appointment:                TOTAL TAX......    11.60
Repair completion date:                              --------
Notified of Completion  Date:        TOTAL INVOICE $    177.36
Date Released:
```

I/we the undersigned acknowledge the forgoing as factual and
I/we hereby acknowledge receipt of completed copy.

_____
    CUSTOMER SIGNATURE

The Reynolds and Reynolds Company  ERAINTINE
Rev. 03/22  Re-order Agencyink@cox.net

# EXHIBIT D

# LEMON LAW GROUP PARTNERS PLC

Attorneys and Counselors at Law
48 N Emerson Ave, Suite 400
Greenwood, Indiana 46143
_____
Telephone (888) 415-0610
Facsimile (888) 809-7010
Email: info@lemonlawgrouppartners.com

August 15, 2022

Thor Motor Coach, Inc.
701 CR 15
Elkhart, IN 46515

Re: Michael Marlin
      Vehicle: 2022 Thor Rize
      VIN: 3C6LRVBG0ME552757

Dear Sir/Madam:

Please be advised that this law firm represents the legal interests of Michael Marlin relating to the purchase of the above-mentioned vehicle.  Let this letter serve as notification that you immediately cease and desist all communications with our client. **The only exception is the dealership may communicate with our client in reference to current and future repairs. The dealer must also provide all necessary documentation for our client including but not limited to repair orders, sales documents and current registration.** Moreover, if you make any attempts to settle with our client without including all statutory relief, including all damages attorney fees and costs the consumer is entitled to, we may file suit against you. This letter hereby notifies you of our attorney's lien with respect to our client.

Please let this letter also serve as notification that our client's vehicle is defective. The vehicle has been brought in for repairs several times for numerous defects and although you have been afforded sufficient opportunities for repairs, the defects continue to exist and substantially impair the use and value and/or safety of the vehicle.  If you are interested in any further repairs pursuant to the Lemon Law you must contact me immediately. Our client demands that you immediately take action as required by law.

This letter shall also serve as our client's Revocation of Acceptance pursuant to the Uniform Commercial Code § 2608 and notice of defect under the Lemon Law. Due to the serious defects with the Vehicle since its purchase, our client hereby demands a return of the full purchase price along with all interest paid on the finance note or a replacement vehicle as well as attorney fees and costs and incidental and consequential damages within 10 days of receipt of this letter to settle this matter prior to filing a lawsuit.

Please be advised that if you do not adhere to our demands within 10 days, our client has instructed me to file a lawsuit against you asserting claims that include, but in no way are limited to, breach of warranties, both express and implied, violation of the Magnuson Moss Warranty Act, violation of the Lemon Law, revocation of acceptance, and common law breach of contract. Please direct all future communication to my attention.

Respectfully submitted,

LEMON LAW GROUP PARTNERS PLC
By: s/n Sara Douglass _____
Sara Douglass
Attorney for Plaintiff

CC: La Mesa RV Center, 8650 LTC Pkwy, Port St Lucie, FL 34986