AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MICHAEL JEFFREY MARLIN, *individual*

      Plaintiff

    v.

                                   Civil Action No.  3:23-cv-335

THOR MOTOR COACH, INC., *a Foreign Profit Corporation*

FCA US LLC, *a Foreign Limited Liability Company*

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one):*

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_  Other:  The claims between Plaintiff and Thor Motor Coach/Thor Industries are DISMISSED
WITH PREJUDICE. The claims against FCA are DISMISSED WITHOUT PREJUDICE.

This action was (*check one):*

___ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was
reached.

_X_  decided by Judge Gretchen S Lund.

DATE: 6/5/2024                CHANDA J. BERTA, CLERK OF COURT


by   s/A. Highlen _____
*Signature of Clerk or Deputy Clerk*